```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ADSTRA, LLC,                                                       :
:
                           Plaintiff,                              :
:      24-cv-2639 (LJL)
         -v-                                                       :
:         ORDER
KINESSO, LLC and ACXIOM, LLC                                       :
:
                           Defendants.                             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephonic hearing on Plaintiff's proposed order to show cause, Dkt. No. 6, at 12:00 P.M. on April 11, 2024.  The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts.  Prior to the hearing, Plaintiff shall effect service of process and shall serve Defendants with the proposed order to show cause and this Order.

      SO ORDERED.

Dated: April 9, 2024                              _____
      New York, New York                              LEWIS J. LIMAN
                                                United States District Judge