**GT** GreenbergTraurig

Hal S. Shaftel, Esq.
Tel 212.801.2164
Fax 212.805.9464
shaftelh@gtlaw.com

April 11, 2024

Hon. Lewis J. Liman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:     Adstra, LLC v. Kinesso, LLC and Acxiom, LLC, 24-CV-0639 (LJL)

Dear Judge Liman:

In advance of today's noon conference regarding Plaintiff's order to show cause, we write on behalf of Defendants to provide for completeness a copy of the covering email chain that Plaintiff excluded from Exhibit D to the Aguilar Declaration (ECF 006-7). Exhibit D is the non-renewal letter dated November 27, 2023, which expressly identifies Acxiom, LLC as "assignee of Kinesso, LLC ("Acxiom")" (emphasis added). The cover email (attached hereto) dated November 28, 2023, at 4:00 PM, contains the subject line "Acxiom Non-Renewal Notice" and again describes Acxiom as "assignee of Kinesso" (emphasis added).

These explicit communications reflect the parties' collective understanding of Section 16 of the MDSA, which expressly provides the "right to assign this Agreement to a corporate affiliate" independent of the written consent applicable in other circumstances. Importantly, these communications also occurred 4.5 months before Plaintiff's filing of this action. Standing alone, that delay refutes Plaintiff's present application. Given that no objection or even questions were raised regarding the assignment by Plaintiff's executives in the follow-up email chain (or for months thereafter), it belies the record for Plaintiff, in its pleading, to now allege the identity of the sender of the "'termination' letter was troubling and puzzling." (Complaint ¶ 58.)

We look forward to addressing these matters before the Court today.

Respectfully,

*/s/ Hal S. Shaftel*

HSS:mk
cc: All counsel via ECF

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin⁻. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁺. Las Vegas. London⁺. Long Island. Los Angeles. Mexico City⁺. Miami. Milan⁺. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul⁺. Shanghai. Silicon Valley. Singapore⁺. Tallahassee. Tampa. Tel Aviv⁺. Tokyo⁺. United Arab Emirates⁺. Warsaw⁺. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; °A separate UK registered legal entity; +Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ~Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ‹Greenberg Traurig Limited; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

ADMIN 693524547v2                                                                                                    www.gtlaw.com

**From:** Thomas, Todd (Acxiom) <Todd.Thomas@acxiomllc.com>
**Sent:** Thursday, November 30, 2023 10:14 AM
**To:** Andy Johnson <andy.johnson@adstradata.com>
**Subject:** RE: Acxiom Non-Renewal Notice

Alas, not this time around….maybe in 2024.  The team will be up there for an IPG meeting (above my pay grade!) so will make it easier to have them all together versus setting up a call. I actually start vacation on the 15th (yeah!) as do a lot of Acxiom people….and now we are closed the last week of the year so that makes that week a real vacation!

I'll add you to the last string and let everyone know you can do the 13th and ya'll can coordinate from there.

Thanks!
Todd

**From:** Andy Johnson <andy.johnson@adstradata.com>
**Sent:** Thursday, November 30, 2023 10:09 AM
**To:** Thomas, Todd (Acxiom) <Todd.Thomas@acxiomllc.com>
**Subject:** Re: Acxiom Non-Renewal Notice

**Attention** - This email originated from outside the organization and may contain a link and/or attachment that should only be opened if the sender is recognized.

Absolutely.  Please tell me you can join??? Would be fun to have a drink with you in New York.

Sent from my iPhone

> On Nov 29, 2023, at 1:56 PM, Thomas, Todd (Acxiom) <todd.thomas@acxiom.com> wrote:

> **External Email:** This is an external email, please take care when clicking links or opening attachments.

th

Looks like Eugene, Brady and Bryan will be in New York December 13  .  Rick can't join then, but are you open for an in-person? If not, we can look for another time?

Let me know and if good, I'll bring you into the chain for confirmation.

Thanks
Todd

---

**From:** Andy Johnson <andy.johnson@adstradata.com>
**Sent:** Tuesday, November 28, 2023 3:52 PM
**To:** Thomas, Todd (Acxiom) <Todd.Thomas@acxiomllc.com>
**Cc:** Cindy White <cwhite@alc.com>; Drew Mader <Drew.Mader@adstradata.com>; Jonathan Kelleher <Jonathan.Kelleher@adstradata.com>
**Subject:** Re: Acxiom Non-Renewal Notice

> **Attention** - This email originated from outside the organization and may contain a link and/or attachment that should only be opened if the sender is recognized.

Hey Todd-

Eugene gave us a little more detail on the components that are still important and those that aren't.  Rick/Eugene that we coordinate with you and Kyle over the next few weeks.

Is there a time that works best for the two of you next week, or the week after?

Thanks,
Andy

Sent from my iPhone

> On Nov 28, 2023, at 4:00 PM, Thomas, Todd (Acxiom) <todd.thomas@acxiom.com> wrote:
>
> > **External Email:** This is an external email, please take care when clicking links or opening attachments.
>
> Andy/Team,

Please find attached a notice of non-renewal for the existing agreement between Acxiom, assignee of Kinesso and Adstra. This is a follow-up to the call Eugene had informing Rick earlier this afternoon.

Although this ends our existing agreement, we look forward to collaborating together in the coming weeks and identifying new opportunities and data needs both parties may have.

Feel free to reach out if you have any questions, we're happy to discuss any concerns you may have.

Thanks
Todd

**TODD THOMAS**
Principal Partner Director

**MBL**  +1 501.472.4876

<Adstra Termination Notice (Schedules A B)_112723_encrypted_.pdf>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged.

If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system.

Thank You.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*