GreenbergTraurig

Hal S. Shaftel, Esq.
Tel 212.801.2164
Fax 212.805.9464
shaftelh@gtlaw.com

April 23, 2024

Hon. Lewis J. Liman
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Adstra, LLC v. Kinesso, LLC and Acxiom, LLC*, No. 24-CV-02639 (LJL)

Dear Judge Liman:

As plaintiff's letter of yesterday advised, the parties, despite our efforts, did not reach agreement to forego the TRO/preliminary injunction application. However, plaintiff fails to advise the Court that defendants stated their objection to paragraph 2 of that letter seeking "some limited discovery" (undefined) and an evidentiary hearing at 5:00 next Wednesday. That request is inconsistent not only with sensible case management but the discussion before the Court on April 11, 2024, at which Your Honor stated that, after defendants have an opportunity to submit opposition papers on April 26 (and the Court an opportunity to consider), the Court "can see all of you 5:00 May 1" without reference to an evidentiary hearing. 4/11 Tr. at 11.

Unjustifiably, plaintiff seek to put the cart well before the horse by seeking "some" vague discovery to support its very request for atypical discovery. Pursuant to the schedule in effect, defendants will file papers this Friday explaining that plaintiff's application is without legal or factual merit and, in fact, its whole case has none. We believe those papers should be considered before the parties undertake the costs and burdens of what would be unnecessary discovery.

We appreciate the Court's consideration of these matters.

Respectfully,

Hal S. Shaftel

HSS:mk

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin: Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia: Las Vegas. London: Long Island. Los Angeles. Mexico City: Miami. Milan: Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul: Shanghai. Silicon Valley. Singapore: Tallahassee. Tampa. Tel Aviv: Tokyo: United Arab Emirates: Warsaw: Washington, D.C. West Palm Beach. Westchester County.

Operates as ¬Greenberg Traung Germany. LLP, ◄Greenberg Traung Khalid Al-Thebity Law Firm, "A separate UK registered legal entity, ◄Greenberg Traung. S C., ᵌGreenberg Traung Santa Mana, ◄Greenberg Traung LLP Foreign Legal Consultant Office, "Greenberg Traung Singapore LLP, ˄A branch of Greenberg Traung. P A., Flonda, USA ¤GT Tokyo Horitsu Jimusho and Greenberg Traung Gakokuho mubegoshi Jimusho, ◄Greenberg Traung Limited, ◄Greenberg Traung Nowakowska-Zmoch Wysokiński sp k

*ACTIVE 697544321v1*                                                                                                       www.gtlaw.com