UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/30/2024__
```

------------------------------------------------------------------X
:
ADSTRA, LLC,
:
     Plaintiff,   :
:
   -v-      :
:
KINESSO, LLC and ACXIOM, LLC,  :
:
     Defendants.   :
:
------------------------------------------------------------------X

24-cv-2639 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

   The Complaint in this case was filed on April 8, 2024.  Dkt. No. 1.  On May 15, 2024, Defendants filed a motion to dismiss.  Dkt. No. 32.  Plaintiff timely filed its First Amended Complaint on May 29, 2024.  Dkt. No. 39.

   Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss is DENIED as MOOT.  The Clerk of Court is respectfully directed to close Dkt. No. 32.

   SO ORDERED.

Dated: May 30, 2024
   New York, New York    _____
           LEWIS J. LIMAN
         United States District Judge