```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ADSTRA, LLC,                                                           :
                                                                       :
                            Plaintiff,                                 :
                                                                       :       24-cv-2639 (LJL)
            -v-                                                        :
                                                                       :       ORDER
KINESSO, LLC and ACXIOM, LLC,                                          :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/3/2024

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's motion to compel Defendants to produce a 30(b)(6) witness on topics other than topic 6 of Plaintiff's notice of deposition pursuant to order of expedited discovery, *see* Dkt. No. 41-2, is DENIED.  The Court restricted expedited discovery to "a 30(b)(6) deposition and a limited request for documents into the question of how Acxiom is currently using the Adstra data."  Dkt. No. 35 at 23.  That issue goes to the critical threshold question whether—apart from the merits—Plaintiff is at risk of suffering any irreparable harm.  From context, it should be clear that the limitation was intended to cover both the 30(b)(6) deposition and the document request.

      SO ORDERED.

Dated: June 3, 2024
       New York, New York
                                                           LEWIS J. LIMAN
                                                           United States District Judge