```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADSTRA, LLC,

                Plaintiff,

      -v-

KINESSO, LLC and ACXIOM, LLC,

                Defendants.
------------------------------------------------------------------X

24-cv-2639 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court has not received any response from Defendants Kinesso, LLC and Acxiom, LLC to Plaintiff Adstra, LLC's motion to compel discovery. Dkt. Nos. 62, 66. Defendants shall respond no later than November 6, 2024. In the absence of a timely response, the Court will consider the motion unopposed.

      SO ORDERED.

Dated: November 4, 2024
       New York, New York

                                                 LEWIS J. LIMAN
                                      United States District Judge