```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ADSTRA, LLC,                                                     :
                                                                 :
                              Plaintiff,                         :
                                                                 :       24-cv-2639 (LJL)
            -v-                                                  :
                                                                 :       MEMORANDUM AND
KINESSO, LLC and ACXIOM, LLC,                                    :            ORDER
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Defendants' motion to strike Plaintiff's expert reports or, in the alternative, for an extension of the deadline for expert discovery and for the submission of summary judgment motions and Daubert motions is granted in part and denied in part. Dkt. No. 78.

The motion to strike Plaintiff's expert reports is denied. The deadline for the completion of expert discovery is extended to November 29, 2024, based upon the agreement of the parties that the depositions of Plaintiff's two experts will be completed by November 26, 2024, and Plaintiff's agreement to work with Defendants to schedule the deposition of Reza Qorbani. Dkt. No. 80 at 2. Summary judgment motions and Daubert motions shall be filed by December 16, 2024. Plaintiff shall produce the contract(s) between the named customer of Adstra (Dkt. No. 78 at 2) 24 hours in advance of the start of the deposition of Plaintiff's damages expert.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 78.

SO ORDERED.

Dated: November 12, 2024
       New York, New York                   _____
                                                  LEWIS J. LIMAN
                                            United States District Judge