```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ADSTRA, LLC,                                                      :
:
               Plaintiff,                   :
:   24-cv-2639 (LJL)
    -v-                                                         :
:   ORDER
KINESSO, LLC and ACXIOM, LLC,                                     :
:
               Defendants.                  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Pursuant to the Court's order of November 12, 2024, Dkt. No. 82, Defendants submitted the four emails for the Court's *in camera* review, Dkt. No. 83. The Court has reviewed the emails and is satisfied that the redacted information is protected by the attorney-client privilege. Accordingly, to the extent that the motions at Dkt. Nos. 62 and 66 call for production of the emails in unredacted form, the motions are denied.

      SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                                               LEWIS J. LIMAN
                                                 United States District Judge