**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADSTRA, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>KINESSO, LLC and ACXIOM, LLC,<br><br>Defendants. | Civil Action No. 1:24-cv-02639-LJL<br><br>**NOTICE OF PARTIAL MOTION FOR RECONSIDERATION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Partial Motion for Reconsideration and the exhibits thereto, and upon all the papers and proceedings had herein, Plaintiff Adstra, LLC ("Adstra") will move this Court before the Honorable Lewis J. Liman, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, NY 10007 on a date and time to be designated by the Court, pursuant to Fed. R. Civ. P. 60(a) and Local Rule 6.3, for (1) partial reconsideration of the Court's November 12, 2024 Order (ECF 81) denying Adstra's motion to compel Defendants' compliance with discovery requests; and (2) an order compelling Defendants to produce documents in response to Adstra's Second Set of Requests for Production Nos. 1, 2, 10, and 20, served June 24, 2024, as agreed in Defendants' written responses dated August 16, 2024 and in subsequent correspondence.

Dated: New York, New York
November 26, 2024

AGUILAR BENTLEY LLC
5 Penn Plaza, 19th Floor
New York, NY 10001
(212) 835-1521
aburtonwalsh@aguilarbentley.com
aaguilar@aguilarbentley.com

By: *<u>/s/ Anne Burton Walsh</u>*__________
Anne Burton Walsh
***Attorneys for Plaintiff***