UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------:x
:
ADSTRA, LLC,
:
                            Plaintiff,     :     Civil Action No. 1:24-cv-02639-LJL
:
                         - against -    :     **DECLARATION OF ANNE**
:     **BURTON WALSH IN SUPPORT**
KINESSO, LLC and ACXIOM, LLC,     **OF PARTIAL MOTION FOR**
:     **RECONSIDERATION**
                        Defendants.
:
------------------------------------------------------------:x

I, Anne Burton-Walsh, make the following Declaration in support of Plaintiff Adstra, LLC ("Plaintiff" or "Adstra")'s Partial Motion for Reconsideration, and declare as follows:

1. I am over the age of 18 and competent to make this Declaration. All of the statements made in this Declaration are based on my personal knowledge.

2. I am an attorney with Aguilar Bentley LLC and I am licensed to practice in the State of New York and before the United States District Court for the Southern District of New York.

3. Aguilar Bentley LLC represents Adstra in the above-captioned action.

4. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the October 22, 2024 Expert Report of Erik Laykin, Adstra's technical expert.

5. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the Rough Transcript of the November 21, 2024 Deposition of Erik Laykin.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Rough Transcript of the November 14, 2024 Deposition of Ron S. Schnell, Defendants' technical expert.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Rough Transcript of the November 15, 2024 Deposition of Bala Dharan, Ph.D., Defendants' damages expert.

8. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the November 6, 2024 Expert Report of Bala G. Dharan, Ph.D.

9. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the October 22, 2024 Expert Report of Christopher W. Young, Ph.D.

Dated: November 26, 2024

*/s/ Anne Burton-Walsh*
Anne Burton-Walsh