Placeholder for Exhibits 3-5 to the Burton-Walsh Decl.