UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADSTRA, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>KINESSO, LLC and ACXIOM, LLC,<br><br>                    Defendants. | Case No.: 1:24-cv-02639-LJL<br><br>**DECLARATION OF DANIEL FRIEDMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF ADSTRA, LLC'S MOTION FOR PARTIAL RECONSIDERATION** |

I, DANIEL FRIEDMAN, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows under penalty of perjury:

1. I am an associate in the law firm of Greenberg Traurig, LLP, counsel to Defendants Kinesso, LLC ("Kinesso") and Acxiom, LLC ("Acxiom") (collectively, "Defendants"). I submit this Declaration in connection with Defendants' Opposition to Plaintiff Adstra, LLC's ("Adstra") Motion for Partial Reconsideration (ECF No. 88) of the Court's November 12, 2024 Order. (ECF No. 81).

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the June 7, 2024 Deposition of Kyle Hollaway.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the September 10, 2024 Deposition of Veena Xavier.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the September 11, 2024 Deposition of Bryan Donovan.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the September 26, 2024 Deposition of Eugene Becker.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the April 9, 2024 Email from Kyle Hollaway confirming the purge of the Adstra Data, at Bates stamp ACXIOM000989-ACXIOM000992.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the April 12, 2024 Slack thread between Kyle Hollaway and Alan Rainey, at Bates stamp ACXIOM002711-ACXIOM002712.

Executed this 4th day of December, 2024, in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/Daniel Friedman*
DANIEL FRIEDMAN