Exhibit 1

1    IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

2

3

4  ADSTRA, LLC,

5      Plaintiff,

6  v.                         Civil Action No. 24-CV-02639

7

8  KINESSO, LLC and

ACXIOM, LLC

9

10

11  _____

12            VIDEOTAPED ORAL DEPOSITION

13                      OF

14                KYLE HOLLAWAY

15        (Taken June 7, 2024, at 7:56 a.m.)

16  _____

17

18

19

20

21

22

23

24

25

1 Q    Yes.  Okay.  And was Adstra data used in building

2 that Real ID reference graph?

3                 MR. SHAFTEL:  Objection to form.

4 A    So yes.

5 BY MS. AGUILAR:

6 Q    How was Adstra data used in building the Real ID

7 reference graph?

8 A    The Real ID reference graph is built by the

9 Kinesso engineering team and it is -- the Adstra data

10 is one of over 30 sources that go into their build

11 process.

12 Q    And are those -- I'm going to use the term "PII."

13 Do you understand what that means?

14 A    I do.

15 Q    And what does that mean?

16 A    Personally identifiable information, includes

17 name, address, e-mail, phone, and other potential

18 identifiers.

19 Q    And so did Adstra PII go into the Real ID

20 reference graph?

21                 MR. SHAFTEL:  Objection to form.

22 A    Yes.

23 BY MS. AGUILAR:

24 Q    And were there other pieces of Adstra data that

25 also went into the Real ID reference graph?

1  A    We evaluated a match rate to the IP address as

2  well as a hashed representation of the user agent

3  fields and their connectivity to the hashed e-mail.

4  This was part of the evaluation for our visitor insight

5  product.

6  Q    Is the visitor insight product part of the suite

7  of Real ID products?

8  A    It is an add-on.

9  Q    What do you mean by that?

10  A    Meaning it's sold separately.

11  Q    And what were the results of the evaluation of

12  that data?

13  A    We chose not to proceed.

14  Q    Why not?

15  A    The mat tray efficacy wasn't what we were looking

16  for.

17  Q    Does the Visitor Insight product exist today?

18  A    It does.

19  Q    And does it contain any of the Adstra data that

20  was sent pursuant to the evaluation agreement?

21  A    It does not.

22  Q    Where did that data go if it's not being used by

23  Acxiom?

24  A    It remained in the storage location where it was

25  housed.

1  A    I directed Kinesso product manager to remove that

2  data from the build.

3  Q    Who is that person?

4  A    Veena Xavier.

5  Q    And then was she in charge of removing that data

6  from the build of the reference graph?

7              MR. SHAFTEL:  Objection to form.

8  A    She's the product manager and, therefore,

9  responsible to make sure that takes place.

10 BY MS. AGUILAR:

11 Q    Do you know how long -- well, withdrawn.

12      Do you know whether Veena followed your

13 instruction and caused the Adstra data to be removed

14 from the build of the reference graph?

15 A    Yes.

16 Q    How do you know that?

17 A    Confirmation from her as well as a report would

18 show that data was no longer present.

19 Q    So specifically what of Adstra's data was removed

20 from the build of the reference graph?

21 A    The terrestrial data.

22 Q    Anything else?

23 A    That's the only data from Adstra that's been

24 extrapolated as part of the build.

25 Q    And so when that data was removed from the build