# Exhibit 2

1   UNITED STATES DISTRICT COURT
2   SOUTHERN DISTRICT OF NEW YORK
3   _____
4   ADSTRA, LLC,
5       Plaintiff,
6     v.                                    Case No.
7   KINESSO, LLC and ACXIOM, LLC,    1:24-cv-0263
8       Defendants.                   9-LJL
9   _____
10  CONFIDENTIAL - ATTORNEY'S EYES ONLY
11  VIDEOTAPED DEPOSITION OF VEENA XAVIER
12  DATE:           Tuesday, September 10, 2024
13  TIME:           9:08 a.m.
14  LOCATION:       Greenberg Traurig, LLP
15                  One Vanderbilt Avenue, 31st Floor
16                  New York, NY 10017
17  REPORTED BY:    Jessica Moy
18  JOB NO.:        6908892
19
20
21
22
23
24
25

```
 1                  CONFIDENTIAL
 2   one product or a suite of products?
 3        A    So Real Identity is a suite of
 4   products.  We've had some branding where
 5   we -- so -- so Real ID is the referential
 6   Real Identity solution product, but Real
 7   Identity --under that, they can't be --
 8   there are multiple products -- identity
 9   products that we support.
10        Q    And what are those identity
11   products?
12        A    Don't know all of them, but some
13   of them would be like Visitor Insights,
14   private graphs -- we call them "R graph."
15   Yeah.  Those are the ones I can recall.
16             THE REPORTER:  I'm sorry.  What was
17        the first one that you listed?
18             THE WITNESS:  Visitor Insights.
19             THE REPORTER:  Thank you.
20   BY MS. BURTON-WALSH:
21        Q    What were your other roles in --
22   or rather, what were your other
23   responsibilities at KINESSO other than
24   your role as product manager for Kii?
25        A    That was my primary -- yes.
```