# Exhibit 3

1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  _____
4  ADSTRA LLC,
5       Plaintiff,
6    v.                                              Case No.
7  KINESSO LLC and ACXIOM LLC,                       24-CV-02639
8       Defendants.
9  _____
10       CONFIDENTIAL VIDEOTAPED DEPOSITION OF
11                 BRYAN DONOVAN
12  DATE:         Wednesday, September 11, 2024
13  TIME:         2:06 p.m.
14  LOCATION:     Remote Proceeding
15                Jefferson, MA 01522
16  REPORTED BY:  Andrew Halstead
17
18
19
20
21
22
23
24
25

1                    B. DONOVAN
2  customers last fall.
3       Q    That's the fall of 2023?
4       A    I believe so.
5       Q    Do you know what month?
6       A    I don't.
7       Q    Okay.  And does Acxiom currently
8  sell or license a real ID referential
9  graph to customers?
10      A    My understanding is that is a
11 product offering.  I don't know whether we
12 have customers or which customers may be
13 using that today.
14      Q    You don't know if there's any
15 customer of Acxiom that has licensed the
16 Real ID referential graph?
17           MR. SHAFTEL:  Objection.  Lack of
18      foundation.
19      A    No.  I don't.
20      Q    Okay.  Who would know that?
21           MR. SHAFTEL:  Objection.  Lack of
22      foundation.
23      A    I presume Kyle Hollaway, who
24 manages the Real ID product.
25      Q    Would anybody else know -- be