Exhibit 4

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3    _____

4    ADSTRA, LLC,

5              Plaintiff,

6        v.                          Civil Action No.

7    KINESSO, LLC and ACXIOM, LLC,    24-CV-02639

8              Defendants.

9    _____

10          CONFIDENTIAL VIDEOTAPED DEPOSITION OF

11                  EUGENE B. BECKER

12   DATE:            Thursday, September 26, 2024

13   TIME:            2:03 p.m.

14   LOCATION:        Remote Proceeding

15                    Greenberg Traurig, LLP

16                    One Vanderbilt Avenue

17                    New York, NY 10017

18   REPORTED BY:  Logan Thoreau

19

20

21

22

23

24

25

1                    E. BECKER

2    we can bring it up with Hal.  I'm just

3    curious if it's redacted or if it appeared

4    like that in its original form.

5            So the Real ID products that you

6    mentioned were launched in the fall of

7    2023, did they generate revenue for

8    Acxiom?

9            MR. SHAFTEL:  Objection.  Misstates

10       the testimony.

11       A    So Real ID as a brand existed

12    prior to my arrival at Acxiom.  And Real

13    ID products that generated material

14    revenue for Acxiom throughout my tenure

15    were there.

16            The specific capabilities

17    launched in the fall of '23, which is the

18    cloud native instance of Real Identity,

19    did not generate any revenue that I'm

20    aware of over the course of my tenure.

21       Q    Okay.  Are you aware of any

22    projected revenue associated with the

23    cloud native instance of Real ID?

24       A    I'm aware of the fact that

25    revenue projections were made.  I do not