# Exhibit 5

| | |
|---|---|
| **From**: | Hollaway, Kyle (Acxiom) [Kyle.Hollaway@acxiom.com] |
| **Sent**: | 4/9/2024 12:08:57 PM |
| **To**: | Richardson, Victor (Acxiom) [Victor.Richardson@acxiom.com]; Gadberry, Brady (Acxiom) [Brady.Gadberry@acxiom.com]; Lukaszevicz, Michael (Acxiom) [Michael.Lukaszevicz@acxiom.com]; Donovan, Bryan (Acxiom) [Bryan.Donovan@acxiom.com]; Andre, Lane (Acxiom) [Lane.Andre@acxiom.com] |
| **Subject**: | Fwd: Purge |

FYI - tasks completed this morning.

Wm. Kyle Hollaway
SVP, Head of Global Identity Products
Acxiom, LLC
C: 501.343.8520
E: kyle.hollaway@acxiom.com

Begin forwarded message:

**From:** "Xavier, Veena (Acxiom)" <Veena.Xavier@acxiom.com>
**Date:** April 9, 2024 at 12:05:20 PM CDT
**To:** "Hollaway, Kyle (Acxiom)" <Kyle.Hollaway@acxiom.com>
**Subject: FW: Purge**

fyi

**From:** Rainey, Alan (Acxiom) <Alan.Rainey@acxiom.com>
**Date:** Tuesday, April 9, 2024 at 12:27 PM
**To:** Xavier, Veena (Acxiom) <Veena.Xavier@acxiom.com>
**Subject:** Purge

# Adstra Purge

Bowers removed from graph build 4/9/2024:

https://github.com/acxiom-real-identity-athens/athens-ponos-us/commit/6207fcbe21ce069d5fdbec14dfc330eecf96ad33

Bowers001 purged from Acxiom Incoming s3 bucket:

CONFIDENTIAL ACXIOM000989



ALC/Adstra ge, link2me-email, mpnlogs, and xandr data was deleted from the graph s3 bucket:



Bowers001 data was deleted from the graph s3 bucket:



DSP and MPNLINKAGE (MAID) data was NOT PURGED:



The following graphs were NOT PURGED and contain Terrestrial and Email data mixed with all other graph sources:



# graph/

**Objects** | Properties

**Objects** (14) Info

Objects are the fundamental entities stored in Amazon S3. You can use Amazon S3 inventory

| Name | Type |
|---|---|
| 20230108003630/ | Folder |
| 20230209052015/ | Folder |
| 20230318025943/ | Folder |
| 20230406154919/ | Folder |
| 20230502213015/ | Folder |
| 20230607152354-2.20/ | Folder |
| 20230705224720-2.21/ | Folder |
| 20230807214913-2.22/ | Folder |
| 20230906174017-2.23/ | Folder |
| 20231010205208-2.24/ | Folder |
| 20231108000214-2.25/ | Folder |
| 20240109181841-2.26/ | Folder |
| 20240128140758-2.26.1/ | Folder |
| 20240310004620-2.27/ | Folder |