# Exhibit 6

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 5 | Date Range: 4/12/2024 |

## Outline of Conversations

 **mpdm-kyle.hollaway--veena.xavier--alan.rainey-1 - 2024/04/12** • 5 messages on 4/12/2024 • Alan Rainey <Alan.Rainey@acxiom.com> • Kyle Hollaway <Kyle.Hollaway@acxiom.com> • Veena Xavier <Veena.Xavier@acxiom.com>

## Messages in chronological order (times are shown in GMT -05:00)

**mpdm-kyle.hollaway--veena.xavier--alan.rainey-1 - 2024/04/12**

**KH** **Kyle Hollaway <Kyle.Hollaway@acxiom.com>**   4/12/2024, 4:19 PM
Q: Did we have backups of the Source files related to Adstra? I know we purged the historical copies and the graph builds, but are their BC/DR copies somewhere?

**KH** **Kyle Hollaway <Kyle.Hollaway@acxiom.com>**   4/12/2024, 4:20 PM
If there is, do not purge the backups.

**AR** **Alan Rainey <Alan.Rainey@acxiom.com>**   4/12/2024, 5:45 PM
The backups of the Bowers001 datamart will be in the hands of Allen McCallie's team
👍 1 • Kyle Hollaway <Kyle.Hollaway@acxiom.com>

**KH** **Kyle Hollaway <Kyle.Hollaway@acxiom.com>**   4/12/2024, 7:07 PM
Hey also, don't purge 2.27. Just make sure it isn't used.

**AR** **Alan Rainey <Alan.Rainey@acxiom.com>**   4/12/2024, 7:16 PM
Ok