**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
ADSTRA, LLC,

                Plaintiff,

              v.

KINESSO, LLC and ACXIOM, LLC,

              Defendants.
---------------------------------------------------------------- X

Civil Action No. 24-CV-02639 (LJL)

## STIPULATION REGARDING BRIEFING DEADLINES FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS

IT IS STIPULATED AND AGREED, by and between the Parties in the above-referenced action that the following briefing schedule shall apply to motions for summary judgment and/or motions to exclude expert reports and testimony:

    Opening Briefs:        December 16, 2024

    Opposition Briefs:     January 15, 2025

    Reply Briefs:           January 29, 2025

IT IS FURTHER STIPULATED AND AGREED that the page limit for Opening and Opposition Briefs shall be 30 pages and the limit for Replies shall be 13 pages, not including tables or signature pages.

Dated: December 10, 2024

| | |
|---|---|
| **AGUILAR BENTLEY LLC** | **GREENBERG TRAURIG LLP** |
| By:  /s/ *Anna Aguilar*<br>5 Penn Plaza, 19th Floor<br>New York, NY 10001<br>aaguilar@aguilarbentley.com<br>aburtonwalsh@aguilarbentley.com | By:  */s/ Hal S. Shaftel*<br>One Vanderbilt Avenue<br>New York, NY  10017<br>shaftelh@gtlaw.com<br>Daniel.friedman@gtlaw.com |
| *Attorneys for Plaintiff Adstra, LLC* | *Attorneys for Defendants<br>Kinesso, LLC and Acxiom, LLC* |

SO ORDERED:

Dated:  _____
                   Lewis J. Liman, U.S.D.J.