```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ADSTRA, LLC,                                                       :
:
                Plaintiff,                             :
:    24-cv-2639 (LJL)
    -v-                                                           :
:    <u>ORDER</u>
KINESSO, LLC, & ACXIOM, LLC,                                       :
:
                Defendants.                            :
                                            X
-----------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The motions to seal at Dkt. Nos. 87, 99, 113, 115, 139, 157, 180, 189, and 199 concern documents filed in connection with motions resolved by the Opinion and Order at Dkt. No. 203. The Court has made public certain of the information filed under seal in its Opinion and Order at Dkt. No. 203. In light of that Opinion and Order, Plaintiff and Defendants each shall file a letter on ECF by no later than March 3, 2025, setting forth by docket number the documents that such party seeks to have maintained under seal and, with respect to each such document, the countervailing factors that are alleged to outweigh the presumption of access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). In addition, each of Plaintiff and Defendants shall identify the documents, by docket number, that need not be maintained under seal. Failure to identify a document as one sought to be maintained under seal and to offer sufficient countervailing factors will result in unsealing.

      SO ORDERED.

Dated: February 21, 2025
       New York, New York
                                                                       LEWIS J. LIMAN
                                                                 United States District Judge