**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADSTRA, LLC,

                Plaintiffs,

    -against-                                    24 **CIVIL** 2639 (LJL)

                                                          **JUDGMENT**

KINESSO, LLC and ACXIOM, LLC,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2025, Defendants' motion for summary judgment, Dkt. No. 128, is GRANTED. Plaintiff's motion for partial summary judgment, Dkt. No. 107, is DENIED. Plaintiff's motion for reconsideration, Dkt. No. 88, is DENIED. Defendants' motion to dismiss, Dkt. No. 44, Plaintiff's motion to preclude expert reports and testimony, Dkt. No. 133, Defendant's motions to preclude expert reports and testimony, Dkt. Nos. 117, 122, and Plaintiff's letter motion to compel unredaction, Dkt. No. 200, are DENIED as moot. Dkt. Nos. 44, 88, 107, 117, 122, 128, 133, and 200 are closed. Judgment entered for Defendants, and the case is closed.

**Dated:**  New York, New York

       February 27, 2025

                                                           **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                   **BY:**
                                                     _____
                                                            **Deputy Clerk**