**GT** GreenbergTraurig

Hal S. Shaftel
Tel 212.801.2164
Fax 212.801.6400
shaftelh@gtlaw.com

March 3, 2025

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:**  Bases for Maintaining the Sealing of Certain Documents Filed in *Adstra, LLC v. Kinesso, LLC and Acxiom LLC*, Civil Case No. 1:24-cv-02639 (LJL)

Dear Judge Liman:

On behalf of Defendants Acxiom LLC and Kinesso, LLC ("Defendants"), we are submitting this letter regarding the continued sealing of certain docket entries, in whole or in part, following Your Honor's order (the "Sealing Order") (ECF 204) entered on February 21, 2025. Defendants are also identifying those documents for which continued sealing is not being requested. In connection with this letter, Defendants are submitting proposed versions of previously-sealed docket entries which include limited redactions; pending, however, the Court's review, we request permission for the sealing of these accompanying exhibits.

Pursuant to the Sealing Order, "in light of the fact" that the Court's Opinion and Order ("Summary Judgment Order") (ECF 203) filed February 19, 2025, which granted summary judgment in Defendant's favor, "made public certain of the information" within documents previously filed under seal, the attached appendices "set[] forth by docket number the documents" for which continued sealing in whole or part is sought. The appendices set forth corresponding justifications to "outweigh the presumption of access to judicial documents." *Id.*

In accordance with the Sealing Order, Defendants' request for continued sealing is divided into three categories.[1] First, Defendants seek the maintain the full sealing or the same redactions of certain "judicial documents" filed in connection with each party's summary judgment motions (ECF 107 and ECF 128) as identified in **Appendix A** hereto. The appendix provides the specific

---

[1] By orders of the Court dated November 11, 2024 (Dkt. Nos. 76; 77), sealing was granted for documents referenced in Dkt. Nos. 64 and 71. The memoranda and exhibits covered by the prior orders are Dkt. Nos. 64-68 and 72-73. Defendants accordingly understand the present Sealing Order relates only to those documents filed in connection with the letter motions referenced in the Sealing Order (Dkt. Nos. 87, 99, 113, 115, 139, 157, 180, 189, and 199).

bases for the sealing for each of the entries. Second, Defendants seek continued sealing or redaction of certain documents submitted solely in connection with the unaddressed *Daubert* motions and evidentiary motions filed by Adstra, which were rendered moot by the Summary Judgment Order, and are not "judicial documents" within the scope of the Sealing Order. For the avoidance of doubt, we identify these documents in **Appendix B** hereto with a corresponding description of the bases for sealing as set forth in prior correspondence to the Court. (*See* ECF Nos. 71, 115, 187, and 189).[2]

Lastly, **Appendix C** hereto lists judicial documents for which sealing is no longer sought in light of the information made public in the Summary Judgment Order, and also identifies certain documents which previously were filed under seal, but which Defendants seek to refile with more limited redactions.

**Request for Continued Sealing of Certain Judicial Documents**

Attached hereto as **Appendix A** is a list of documents which were submitted by the parties in connection with either side's motion for summary judgment (ECF 107 and 128) for which Defendants seek continued sealing or redaction, taking account of the information disclosed in the Summary Judgment Order. These requests are organized by docket entry, and include the specific bases upon which Defendants believe that continued sealing, in whole or in part, is warranted in light of the sensitive commercial, technical, or financial information contained therein.

While Defendants recognize and respect the presumption of public access which attaches to "judicial documents" submitted in support of the summary judgment motions (*Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006)), as this Court has recently stated, "the common-law and First Amendment rights of access are not absolute." *Lohnn v. Int'l Bus. Machines Corp.*, 2022 WL 36420, at *7 (S.D.N.Y. Jan. 4, 2022) (Liman, J.). In particular, "countervailing factors" can overcome the presumption of access and warrant continued sealing or redaction of documents. *Stafford v. Int'l Bus. Machines Corp.*, 78 F.4th 62, 70 (2d Cir. 2023) (holding that the "district court erred in failing to consider and give appropriate weight to the 'countervailing factors'" which supported continued sealing).

Among those countervailing factors applicable here are the prospect that public disclosure of "confidential business information" would subject a party to "financial harm." *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind*., 347 F. App'x 615, 617 (2d Cir. 2009) (affirming sealing order to protect confidential financial information); *see also Bergen Brunswig Corp. v. Ivax Corp.*, 1998 WL 113976, at *3 (S.D.N.Y. Mar. 12, 1998) (Collecting cases where "potential damage from the release of sensitive business information has been deemed a ground for denying access to court documents."). Redactions are accordingly proper which pertain to "specific business information and strategies" and where disclosure "may provide valuable insights into a company's current business practices that a competitor would seek to exploit." *Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015). Wherever

---

[2] As detailed in those sealing letters, "the protection of commercially sensitive information is necessary to avoid providing competitors or other market participants visibility into non-public financial and technical information." ECF No. 157 at 2; ECF No. 189 at 2.

possible, Defendants have sought to redact specific information from documents, rather than file them fully under seal.

Additionally, "[p]otential damage from the release of trade secrets is a legitimate basis for sealing documents." *Encyclopedia Brown Prods., Ltd. v. Home Box Off., Inc.*, 26 F. Supp. 2d 606, 612 (S.D.N.Y. 1998) (collecting cases). Here, the risk of disclosure of both commercially sensitive business information and proprietary trade secrets is substantial, and outweighs the presumption of public access for those documents listed in **Appendix A**.[3]

As stated for each document in **Appendix A**, the information for which sealing is requested satisfies the applicable standards as it falls into one or more of several categories involving: proprietary trade secret and other technical information; confidential business plans and financial information; the scope and terms of relationships with non-party customers and vendors, including pricing and cost information; and individual personal information unrelated to this Action.

**Request for Continued Sealing of Non-Judicial Documents**

Attached hereto as **Appendix B** is a list of those documents which were submitted by the parties in connection with motions which were not resolved by this Court but rendered moot by the grant of summary judgment to Defendants, and therefore are not "judicial documents" to which a presumption of public access applies. Specifically, these documents were submitted in connection with Adstra's motion for reconsideration of its motion to compel discovery (ECF No. 88); Adstra's *Daubert* motion to exclude Defendants' rebuttal experts (ECF No. 116); Defendants' *Daubert* motions to preclude Adstra's purported experts (ECF No. 117, 122); and Adstra's motion to compel Defendants to produce certain documents in unredacted form (ECF No. 200). Pursuant to the Court's order granting summary judgment, these motions were rendered moot. (ECF No. 203 at n. 1).

Because the documents listed on **Appendix B** were not considered by the Court in connection with its rulings, they are not "judicial documents" within the scope of the Sealing Order. For clarity, **Appendix B** summarize and expands upon the justifications for sealing these documents as previously described in correspondence to the Court.

Courts in this District have recognized that "the mere filing of a paper or document with the court is insufficient to render that paper a judicial document subject to the right of public access." *United States v. Amodeo*, 44 F.3d 141, 145 (2d Cir. 1995). Rather, filings are only considered judicial documents where they are "relevant to the performance of the judicial function and useful in the judicial process." *In re IBM Arb. Agreement Litig.*, 2022 WL 3043220, at *1 (S.D.N.Y. Aug. 2, 2022), *aff'd*, 76 F.4th 74 (2d Cir. 2023). In particular, undecided motions and their associated papers have been held to not be judicial documents, since they are "not part of any live controversy to which the judicial power can extend." *Giuffre v. Maxwell*, 2020 WL 133570, at *2 (S.D.N.Y. Jan. 13, 2020); *see also Brown v. Maxwell*, 929 F.3d 41, 49 (2d Cir. 2019) ("if a

---

[3] In addition, the risk that the privacy interests of third-parties will be violated by public disclosure of sealed or redacted documents is a factor which Courts may consider, and which weights against unsealing. See *United States v. Smith*, 985 F. Supp. 2d 506, 524 (S.D.N.Y. 2013) (collecting cases). Where applicable, Defendants have indicated those documents for which unsealing poses a risk to the privacy interests of third parties, including Defendants' customers and vendors.

court determines that documents filed by a party are <u>not</u> relevant to the performance of a judicial function, no presumption of public access attaches") (emphasis in original); *Universal Ent. Corp. v. Eiseman*, 2024 WL 2815995, at *2 (S.D.N.Y. May 31, 2024) (granting motion to seal documents "because the documents at issue are exhibits to an unadjudicated motion in a case that has been resolved" and were not, therefore, judicial documents).

Here, the Court expressly stated that it "need not decide the motions to preclude experts" in order to resolve the motion for summary judgment. (ECF No. 203 at n. 1). Similarly, Adstra's motion to compel unredaction of certain customer and invoice information "is moot in light of the disposition of the motions for summary judgment." (*Id.*). Therefore, the files submitted under seal in conjunction with these (now mooted) motions should properly remain under seal or redacted, for the reasons identified in **Appendix B**.

**Request to Unseal or File with More Limited Redactions**

Attached hereto as **Appendix C** is a list of documents previously filed under seal by either party on the basis of Defendants' confidentiality designations, which, in light of the Summary Judgment Order and upon further review, Defendants believe either can be fully unsealed or, in certain instances, filed publicly with limited redactions relating to Defendants' confidential business information. Where the more limited redactions are sought, Defendants have listed with specificity the bases for the redactions and included as accompanying exhibits (currently being filed under seal pending the Court's review) the proposed revised versions of those docket entries, with proposed redactions highlighted.[4] Where no redactions are indicated on **Appendix C**, Defendants raise no objection to the public filing of those previously sealed documents in their entirety.

We appreciate the Court's attention to these matters and are readily available should the Court have any questions or require further information from either counsel and/or our clients.

Respectfully,

*/s/ Hal. S. Shaftel*

_____

_____

Hal S. Shaftel

cc: All Counsel of Record (via ECF)

---

[4] For Adstra's court filings as to which Defendants seek certain limited redactions relating to Defendants' confidential information (Dkt. Nos. 105, 112, 150, 152, and 185), Defendants set forth in **Appendix C** the paragraphs or page numbers for which redactions are requested by Defendants and take no position on how Adstra proposes to treat the remainder of the documents.

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| 1. | 102-9 | Exhibit 9 - KINESSO000125, Confidential Kii Identity Spine Presentation dated January 19, 2023 | Seal in Full | 99 | This document is an internal presentation (marked as "confidential" on its face) containing information about Defendants' proprietary technology and other trade secrets, as well as forward-looking business strategies.<br><br>This document refers to Defendants' relationships with third-party vendors and customers, including pricing information and other confidential information about contractual relationships.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties. |
| 2. | 102-17 | Exhibit 17 - Excerpts of E. Becker Depo | Seal in Full | 99 | This deposition excerpt contains information about Defendants' proprietary technology and other trade secrets.<br><br>This excerpt also contains information regarding Defendants' business relationships with third parties, as well as Defendants' forward-looking business strategies.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties. |

---

[1] By orders of the Court dated November 11, 2024 (Dkt. Nos. 76; 77), sealing was granted for documents referenced in Dkt. Nos. 64 and 71.  The memoranda and exhibits covered by the prior orders are Dkt. Nos. 64-68 and 72-73. Defendants accordingly understand the present Sealing Order relates only to those documents filed in connection with the letter motions referenced in the Sealing Order (Dkt. Nos. 87, 99, 113, 115, 139, 157, 180, 189, and 199).

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| 3. | 103-15 | Exhibit 35 - ACXIOM000530, Email exchange between Veena Xavier, et al. dated December 2023 January 2024 re Acxiom/Adstra Follow Up on IP to HH Data | Seal in Full | 99 | This document is an internal communication regarding Defendants' proprietary technology and trade secrets, including descriptions of the technical construction of certain products. The public disclosure of this exhibit risks competitive and financial harm to Defendants. |
| 4. | 103-16 | Exhibit 36 - ACXIOM001798, Acxiom RealID Cross-Referential Identity Graph Presentation dated October 1, 2023 | Seal in Full | 99 | This document is an internal presentation (marked as "confidential" on its face) containing information about Defendants' proprietary technology and other trade secret information, as well as forward-looking business strategies. The public disclosure of this exhibit risks competitive and financial harm to Defendants. |
| 5. | 104-1 | Exhibit 41 - ACXIOM003176, Acxiom-[Client] Master Partnership Agreement | Seal in Full | 99 | This contract contains Defendants' (and a third-party's) proprietary information, including customer-specific business terms, conditions, and pricing information. The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. Additionally, the public disclosure of this contract implicates the contractual rights of third parties with respect to confidentiality. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | Note: This document is not cited or referred to in the Court's Order granting Defendants' motion for summary judgment (ECF No. 203) ("SJ Order"). |
| 6. | 104-7 | Exhibit 47 - ACXIOM000207, Email exchange between Todd Thomas and Bryan Donovan dated October 2023 re Adstra Contract Summary | Seal in Full | 99 | This document is an internal communication containing confidential information regarding Defendants' contractual relationships and forward-looking business strategies. This document also contains Defendants' confidential cost and pricing information, including non-public proposed terms for future data vendor relationships.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties. |
| 7. | 104-8 | Exhibit 48 - ACXIOM001088, Kinesso/Console/KAS Presentation dated November 2023 | Seal in Full | 99 | This document is an internal presentation (marked as "confidential" on its face) containing forward-looking information regarding Defendants' business strategies and vendor/client relationships.<br><br>This document also contains information regarding Defendants' proprietary technology and other trade secrets.<br><br>Additionally, this document contains confidential personal information about specific employees of Defendants. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | The public disclosure of this exhibit risks competitive and financial harm to Defendants and privacy harm to third parties. |
| 8. | 134-1 | Exhibit 1 - Excerpts of K. Hollaway Depo | Redaction | 115 | The redacted portions of this deposition excerpt contain technical information regarding Defendants' proprietary technology and other trade secrets, including future plans to develop certain technology. The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants and third parties. |
| 9. | 134-5 | Exhibit 5 - Excerpts of V. Xavier Depo | Redaction | 115 | The redacted portions of this deposition excerpt contain technical information regarding Defendants' proprietary technology and other trade secrets. Additionally, these portions discuss Defendants' forward-looking business strategies as well as confidential relationships with third-party vendors. The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants and third parties. |
| 10. | 134-16 | Exhibit 19 - Donovan Excerpts | Redaction | 115 | The redacted portions of this deposition excerpt contain technical information regarding Defendants' proprietary technology and other trade secrets. Additionally, these portions discuss Defendants' forward-looking business strategies as well as |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | confidential relationships with third-party vendors and customers.<br><br>The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants and third parties. |
| 11. | 134-24 | Exhibit 27 - KINESSO000013 | Seal in Full | 115 | This document is an internal graph, which contains confidential information regarding the identity, scope, and relative input of third-party vendors with respect to Defendants' products.  Additionally, the exhibit implicates the contractual rights of third parties with respect to confidentiality.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 12. | 134-25 | Exhibit 28 - ACXIOM001573 | Seal in Full | 115 | This document is an internal communication containing confidential information about Defendants' relationships with third-party customers and vendors, including forward-looking business strategies.<br><br>Additionally, this document includes a non-public description of the operation of Defendants' proprietary technology. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties. \n\n This document is not cited or referred to in the SJ Order. |
| 13. | 134-27 | Exhibit 30 - Excerpts of E. Becker Depo | Redaction | 115 | The redacted portions of this deposition excerpt contain confidential information regarding Defendants' proprietary technology and other trade secrets. Additionally, this deposition except includes discussion of Defendants' confidential relationships with third parties and forward-looking business strategies. \n\n The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants and third parties. \n\n This document is not cited or referred to in the SJ Order. |
| 14. | 134-28 | Exhibit 31 - ACXIOM002844 | Redaction | 115 | This document is an internal Slack thread, which contains confidential information regarding Defendants' business relationships with third-party vendors and customers, including forward-looking information about pricing, costs, and scope of services. Additionally, this thread identifies confidential information regarding Defendants' third-party vendors.  The exhibit implicates the contractual rights of third parties with respect to confidentiality. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 15. | 134-40 | Exhibit 49 - ACXIOM000743 | Redaction | 115 | The redacted portions of this document contain descriptions of Defendants' proprietary technology and other trade secrets, including confidential information about services and systems used by Defendants in connection with the operation of Defendants' businesses.<br><br>The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants.<br><br>This document is not cited or referred to in the SJ Order. |
| 16. | 134-43 | Exhibit 55 - ACXIOM003234 | Seal in full | 115 | This invoice contains confidential customer information, including customer-specific business terms and conditions, as well as customer-specific pricing information for Defendants' products. Additionally, the exhibit implicates the contractual rights of third parties with respect to confidentiality. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 17. | 134-44 | Exhibit 56 - ACXIOM003243 | Redaction | 115 | The redacted portions of this document include confidential information regarding Defendants' business relationships with third-party vendors and customers and the operation of technologies used in connection with Defendants' businesses.<br><br>The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants and third parties. |
| 18. | 134-46 | Exhibit 58 - ACXIOM002587 | Redaction | 115 | The redacted portions of this internal Slack thread include confidential information regarding Defendants' business relationships with third-party customers and vendors, as well as the operation of technologies in connection with Defendants' businesses.<br><br>The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants as well as to third parties.<br><br>This document is not cited or referred to in the SJ Order. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| 19. | 134-47 | Exhibit 59 - ACXIOM003176 | Seal in full | 115 | This contract contains Defendants' confidential information, including customer-specific business terms, conditions, and pricing information. Additionally, the exhibit implicates the contractual rights of a third party with respect to confidentiality.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 20. | 134-48 | Exhibit 60 - ACXIOM003252 | Seal in full | 115 | This contract contains Defendants' confidential information, including customer-specific business terms, conditions, and pricing information. Additionally, the exhibit implicates the contractual rights of a third-party with respect to confidentiality.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>Note:  This document is not cited or referred to in the SJ Order. |
| 21. | 134-49 | Exhibit 61 - ACXIOM003257 | Seal in full | 115 | This contract contains Defendants' confidential information, including customer-specific business terms, conditions, and pricing information. Additionally, the exhibit implicates the contractual rights of a third-party with respect to confidentiality. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 22. | 134-50 | Exhibit 62 - ACXIOM003175 | Seal in full | 115 | This invoice contains Defendants' confidential information, including customer-specific business terms, conditions, and pricing information. Additionally, the exhibit implicates the contractual rights of a third-party with respect to confidentiality.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 23. | 134-51 | Exhibit 63 - ACXIOM003240 | Seal in full | 115 | This invoice contains Defendants' confidential information, including customer-specific business terms, conditions, and pricing information. Additionally, this exhibit implicates the contractual rights of a third-party with respect to confidentiality.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| 24. | 134-52 | Exhibit 64 - ACXIOM003237 | Seal in full | 115 | This invoice contains Defendants' confidential information, including customer-specific business terms, conditions, and pricing information. Additionally, this invoice implicates the contractual rights of a third-party with respect to confidentiality.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 25. | 173-2 | Exhibit 2 - ACXIOM003166 | Seal in full | 157 | This contract contains Defendants' confidential information, including customer-specific business terms, conditions, and pricing information. Additionally, this contract implicates the contractual rights of third parties with respect to confidentiality.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties.<br><br>This document is not cited or referred to in the SJ Order. |
| 26. | 173-4 | Exhibit 4 - Excerpts of E. Becker Depo | Seal in full | 157 | This deposition excerpt contains confidential information regarding Defendants' proprietary technology and other trade secrets.<br><br>Additionally, this excerpt includes confidential information regarding Defendants' forward-looking |

11

**Appendix A: Judicial Documents--Full or Partial Sealing Requested**

| | ECF Docket No. | Document Name on Docket | Maintain as follows: | Corresponding Sealing Letter (ECF No.) [1] | Basis for Sealing/Redaction |
|---|---|---|---|---|---|
| | | | | | business strategies and relationships with specific third-party vendors. |
| | | | | | The public disclosure of this exhibit risks competitive and financial harm to Defendants and third parties. |
| | | | | | This document is not cited or referred to in the SJ Order. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| 1. | 89-1 | Exhibit 1 Excerpt of Laykin Report | Redaction | Plaintiff's Mtn. for Reconsideration re Order on Mtn. for Discovery (Dkt. 88) | 87 | Redacted portions of this report contain confidential information regarding Defendants' business, including proprietary technical information about the development, nature and operation of Defendants' products and services.<br><br>The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants.<br><br>This report is marked Highly Confidential – Attorneys' Eyes Only. |
| 2. | 89-3 | Exhibit 3 - Excerpt of Schnell Depo (rough) | Seal in full | Plaintiff's Mtn. for Reconsideration re Order on Mtn. for Discovery (Dkt. 88) | 87 | This deposition excerpt contains confidential information concerning Defendants' business, including proprietary technical information about the development, nature and operation of Defendants' products and services.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants. |

1

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | |
| 3. | 89-4 | Exhibit 4 - Excerpt of Dharan Depo (rough) | Seal in full | Plaintiff's Mtn. for Reconsideration re Order on Mtn. for Discovery (Dkt. 88) | 87 | This deposition excerpt contains confidential information concerning Defendants' business, including proprietary technical information about the development, nature and operation of Defendants' products and services.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 4. | 89-5 | Exhibit 5 - Excerpt of Dharan Report | Seal in full | Plaintiff's Mtn. for Reconsideration re Order on Mtn. for Discovery (Dkt. 88) | 87 | This report contains confidential information regarding Defendants' business, including proprietary technical information about the development, nature and operation of Defendants' products and services.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | This document is marked highly confidential, attorneys' eyes only. |
| 5. | 116-2 | Exhibit 2 - 11/6/24 Rebuttal Report of Dharan | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | This report contains confidential information regarding Defendants' business, including proprietary technical information about the development, nature and operation of Defendants' products and services.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties.<br><br>This document is marked highly confidential, attorneys' eyes only. |
| 6. | 116-6 | Exhibit 6 - Excerpts of T. Thomas Depo | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | These deposition excerpts contain confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants. |

3

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | |
| 7. | 116-7 | Exhibit 7 - Appendix A to Ron Schnell's November 6, 2024 Expert Report | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | This document contains confidential information concerning third parties.<br><br>This document is marked highly confidential, attorneys' eyes only. |
| 8. | 116-8 | Exhibit 8 - Excerpts of Schnell Depo | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | These deposition excerpts contain confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties.<br><br>This document is marked highly confidential. |
| 9. | 116-9 | Exhibit 9 – Affirmative Calculation of Damages | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | This report contains confidential information regarding Defendants' business, including proprietary technical information about the development, nature |

4

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

|  | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | and operation of Defendants' products and services.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties.<br><br>This document is marked confidential, attorneys' eyes only, attorney-client work product. |
| 10. | 116-10 | Exhibit 10 - Excerpts of Dharan Depo | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | This deposition excerpt contains confidential information concerning Defendants' business, including proprietary technical information about the development, nature and operation of Defendants' products and services.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties.<br><br>This document is marked highly confidential. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| 11. | 116-11 | Exhibit 11 - Excerpts of Young Depo | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | This deposition excerpt contains confidential information concerning Defendants' business, including proprietary technical information about the development, nature and operation of Defendants' products and services.<br><br>This deposition is marked as attorneys' eyes only.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 12. | 116-12 | Exhibit 12 - KINESSO000125, Confidential Kii Identity Spine Presentation dated January 19, 2023 | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | This internal presentation (marked "confidential" on its face) contains confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |

6

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

|  | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| 13. | 116-14 | Exhibit 14 - ACXIOM002911, November 16, 2023 internal Acxiom messages between Bryan Donovan and Eugene Becker | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Internal employee communications containing confidential concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants. |
| 14. | 116-15 | Exhibit 15 - ACXIOM00357-358, Email from Veena Xavier dated April 30, 2024 with attachment TTID & MAIDs Identity Crosswalk Generation Workflow Graph | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Internal employee communications containing confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants. |
| 15. | 116-16 | Exhibit 16 - ACXIOM000285, Email exchange between Kyle Hollaway, et al. dated December 2023 January 2024 re Acxiom/Adstra Follow Up on IP to HH Data | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Internal employee communications containing confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| 16. | 116-17 | Exhibit 17 - ACXIOM001798, Acxiom RealID Cross-Referential Identity Graph Presentation dated October 1, 2023 | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Internal presentation (marked as "confidential" on its face) contains confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 17. | 116-18 | Exhibit 18 - ACXIOM000715, Email from Veena Xavier to Bryan Donovan and Jennifer Nicholson dated September 16, 2023 re Discussing Adstra Testing | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Internal employee communications containing confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants. |
| 18. | 116-19 | Exhibit 19 - ACXIOM002655, April 9, 2024 internal Acxiom messages between Alan Rainey and Veena Xavier | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Internal employee communications containing confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| 19. | 116-20 | Exhibit 20 - ACXIOM001088, Kinesso/Console/KAS Presentation dated November 2023 | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | This internal presentation (marked as confidential when created) contains confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants. |
| 20. | 116-23 | Exhibit 23 - ACXIOM003176Acxiom Master Partnership Agreement, ACXIOM003252 [Acxiom Real ID Contract] and ACXIOM003257 [Acxiom Real ID Licensing Agreement] | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Contracts containing confidential concerning Defendants' business, including customer-specific contractual terms.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties, and implicates the contractual rights of third parties. |
| 21. | 116-24 | Exhibit 24 - Excerpts of V. Xavier Depo | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Deposition excerpts contain confidential information concerning Defendants' business, including proprietary technical information. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | The public disclosure of this exhibit risks competitive and financial harm to Defendants. |
| 22. | 116-26 | Exhibit 26 - ACXIOM000499, Email exchange between Veena Xavier, et al. dated February 2024 re Update on Adstra Data | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 113 | Internal employee communications contain confidential information concerning Defendants' business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 23. | 118 | Memo of Law ISO Mtn. to Exclude Laykin | Redaction | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 115 | Redacted portions of memorandum contain non-public, proprietary information about technical processes and status of both sides' products in development, including citations and quotations from exhibits filed under seal.<br><br>The public disclosure of those sections of this memorandum risks competitive and financial harm to Defendants as well as to third parties. |
| 24. | 120-2 | Exhibit B Laykin Depo | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 115 | Deposition excerpt contains non-public, proprietary information about technical processes and |

10

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | status of both sides' products in development.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 25. | 120-3 | Exhibit C Schnell Report | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 115 | Expert report contains non-public, proprietary information about technical processes and status of both sides' products in development, including quotations from documents filed under seal and produced as highly confidential-attorneys' eyes only.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 26. | 120-4 | Exhibit D Schnell Depo Excerpts | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 115 | Deposition excerpt contains non-public, proprietary information about technical processes and status of both sides' products in development.<br><br>The public disclosure of this exhibit risks competitive and |

11

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | financial harm to Defendants as well as to third parties. |
| 27. | 120-5 | Exhibit E ACXIOM000357 | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 115 | This document contains non-public, proprietary information about technical processes and status of Defendants' products.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 28. | 120-6 | Exhibit F ACXIOM000715 | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 115 | This document contains non-public, proprietary information about technical processes and status of both sides' products in development.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 29. | 120-7 | Exhibit G Excerpts of V. Xavier Depo | Redaction | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 115 | The redacted portions of this deposition excerpt contain non-public, proprietary information about technical processes and status of both sides' products in development. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

|  | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 30. | 123 | Memo of Law ISO Mtn. to Exclude Young | Redaction | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 115 | Redacted portions of memorandum of law contain non-public, proprietary information about technical processes and status of a product in development and non-public, proprietary information about Defendants' and Adstra's financial details and customers. The public disclosure of those sections of this memorandum risks competitive and financial harm to Defendants as well as to third parties. |
| 31. | 125 | Declaration of H. Shaftel ISO Mtn. to Exclude Young | Redaction | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 115 | Redacted portions of this declaration contain non-public information about the identity and details of Defendants' and Adstra's customers. |

13

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | The public disclosure of the redacted portions of this declaration risks competitive and financial harm to Defendants as well as to third parties. |
| 32. | 125-2 | Exhibit B Young Depo | Seal in full | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 115 | This deposition contains non-public, proprietary information about Defendants' and Adstra's financial conditions and customers, including information based on documents which were filed under seal subject to attorney's eyes only designation.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 33. | 125-3 | Exhibit C Dharan Report | Seal in full | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 115 | The report contains non-public, proprietary information about Defendants' and Adstra's financial details and customers, including information based on documents filed under seal subject to the attorney's eyes only designation. |

14

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

|  | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 34. | 125-6 | Exhibit F Excerpts of E. Becker Depo | Redaction | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 115 | Redacted portions of this deposition contain non-public, proprietary information about technical processes and status of products in development.<br><br>The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 35. | 125-7 | Exhibit G Excerpts of Mooney Depo | Redaction | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 115 | Redacted portions of this deposition contain non-public, proprietary information about technical processes and status of products in development.<br><br>The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| 36. | 125-8 | Exhibit H Graph Revenue Projection | Seal in full | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 115 | This document contains non-public, proprietary information about Defendants' financial details and relationship with third-party customers and vendors.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 37. | 140-2 | Exhibit 2 - Excerpts of E. Becker Depo | Seal in full | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 139 | Deposition excerpts contain confidential information regarding Defendants' business, including details regarding financial condition, products in development and counter-party relationships.  nature.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 38. | 140-4 | Exhibit 4 - Young Excerpts | Seal in full | Motion in Limine to Exclude the Opinions and Testimony of | 139 | Deposition excerpts contain confidential information regarding Defendants' business, including details regarding financial condition, products in |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | Christopher Young (Dkt. 122) | | development and counter-party relationships.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 39. | 140-8 | Exhibit 8 - Dharan Excerpts | Seal in full | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 139 | Deposition excerpts contain confidential information regarding Defendants' business, including details regarding financial condition, products in development and counter-party relationships.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 40. | 146-2 | Exhibit 2 - 10/19/23 Email from Xavier to Burks, ACXIOM001712 | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 139 | Internal employee communication containing confidential information regarding Defendants' operations and business.<br><br>The public disclosure of this exhibit risks competitive and |

17

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | financial harm to Defendants as well as to third parties. |
| 41. | 146-3 | Exhibit 3 - Feb. 23, 2024 Email to Mooney, ACXIOM000508 | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 139 | Internal employee communication containing confidential information regarding Defendants' operations and business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 42. | 146-4 | Exhibit 4 - Apr. 9, 2024 Email from Hollaway to Richardson, KINESSO000004 | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 139 | Internal employee communication containing confidential information regarding Defendants' operations and business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 43. | 146-6 | Exhibit 6 - Excerpts of Depo of Erik Laykin | Seal in full | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 139 | Deposition excerpts contain confidential information, including discussion of documents reflecting Defendants' proprietary trade secrets. |

18

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 44. | 175 | Acxiom's Memo of Law in Opposition to motion to Preclude Expert Reports and Testimony of Ron Schnell & Bala Dharan | Redaction | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 157 | Redacted portions of this memorandum contain non-public, proprietary information about technical processes and the status of a product in development, as well as non-public, proprietary information about Defendants' and Adstra's financial details and customer relationships.<br><br>The public disclosure of those sections of this memorandum risks competitive and financial harm to Defendants as well as to third parties. |
| 45. | 177-1 | Exhibit A - Schnell Excerpts | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 157 | Deposition excerpts contain confidential information, including technical proprietary information about Defendants' products and systems.<br><br>The public disclosure of this exhibit risks competitive and |

19

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | financial harm to Defendants as well as to third parties. |
| 46. | 177-2 | Exhibit B - Dharan Excerpts | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 157 | Deposition excerpts contain confidential information regarding Defendants' operations and business.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 47. | 177-3 | Exhibit C - Excerpts of V. Xavier Depo | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 157 | Deposition excerpts contain confidential information, including technical information about Defendants' products and systems.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 48. | 177-5 | Exhibit G - Email between H. Shaftel & A. Burton-Walsh | Redaction | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 157 | Redacted portions of this communication between counsel reference non-public information about third-party customers and vendors. |

20

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | The public disclosure of the redacted portions of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 49. | 177-6 | Exhibit H - Flowchart | Seal in full | Adstra's Mtn. to Preclude Schnell & Dharan (Dkt. 114) | 157 | Internal document contains non-public, proprietary information about technical processes and the status of products in development.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |
| 50. | 196 | Reply Memo of Law ISO Motion in Limine to Exclude the Testimony of Erik Laykin | Redaction | Motion to Exclude Testimony of Erik Laykin (Dkt 117) | 189 | Redacted portions of this memorandum contain non-public, proprietary information about technical processes and the status of products in development, as well as non-public, proprietary information about Defendants' and Adstra's financial details and customer relationships.<br>The public disclosure of those sections of this memorandum risks competitive and financial |

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

| | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
| | | | | | | harm to Defendants as well as to third parties. |
| 51. | 198 | Reply Memo of Law ISO Motion in Limine to Exclude the Opinions and Testimony of Christopher W. Young | Redaction | Motion in Limine to Exclude the Opinions and Testimony of Christopher Young (Dkt. 122) | 189 | Redacted portions of this memorandum contain non-public, proprietary information about technical processes and the status of products in development, as well as non-public, proprietary information about Defendants' and Adstra's financial details and customer relationships.<br><br>The public disclosure of those sections of this memorandum risks competitive and financial harm to Defendants as well as to third parties. |
| 52. | 200-1 | Exhibit 1 - Real ID Contracts | Seal in full | | 199 | This contract contains confidential information including vendor-specific terms and conditions, as well as pricing information.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. |

22

**Appendix B: <u>Non</u>-Judicial Documents to Remain Sealed in Full or in Part**

|  | ECF Docket No. | Document Name On Docket | Maintain As Follows: | Corresponding Motion | Corresponding Sealing Letter (ECF No.) | Bases for Sealing/Redaction |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Additionally, the public exposure of this document implicates the contractual rights of third parties. |
| 53. | 200-2 | Exhibit 2 - Real ID Invoices | Seal in full |  | 199 | This contract contains confidential information including vendor-specific terms and conditions, as well as pricing information.<br><br>The public disclosure of this exhibit risks competitive and financial harm to Defendants as well as to third parties. Additionally, the public exposure of this document implicates the contractual rights of third parties. |

23

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| 1. | 102-17 | Ex. 17 Excerpted Tr. E. Becker | Unseal with reduced redactions | 99 | Portions of this deposition contain confidential information regarding Defendants' proprietary technology and other trade secrets. Additionally, portions discuss Defendants' confidential relationships with third-party vendors and customers and implicate contractual rights of third parties with respect to confidentiality.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants and third parties. Defendants have attached a version of Docket No. 102-17 with proposed redactions highlighted. |
| 2. | 103-4 | Exhibit 24 - Excerpts of T. Thomas Depo | Unseal with reduced redactions | 99 | Portions of this deposition contain confidential information regarding Defendants' proprietary technology and other trade secrets. Additionally, portions discuss Defendants' confidential relationships with third-party vendors and customers and implicate rights of third parties with respect to confidentiality.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendant as well as to third parties. Defendants have attached a version of Docket No. 103-4 with proposed redactions highlighted.<br><br>This document is not cited to or refenced in the Court's February 19, 2025 Order granting summary judgment ("SJ Order"). |

1

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| 3. | 103-8 | Exhibit 28 - ACXIOM000993, Email exchange between Brent Barrow, et al. dated October 2023 February 2024 re Adstra ISR | Unseal with reduced redactions | 99 | This document includes non-public information, including telephone contact information of private individuals not relevant to this Action.  The public disclosure of an unredacted version of this document risks violation of the privacy interests of those individuals.<br><br>Defendants have attached a version of Docket No. 103-8 with proposed redactions highlighted.<br><br>This document is not cited to or referenced in the Court's SJ Order. |
| 4. | 103-9 | Exhibit 29 - ACXIOM002172, Email exchange between Todd Thomas and Cindy White dated January 24, 2024 re Kinesso Files | Unseal with reduced redactions | 99 | This document includes non-public information, including telephone contact information of private individuals not relevant to this Action.  The public disclosure of an unredacted version of this document risks violation of the privacy interests of those individuals.<br><br>Defendants have attached a version of Docket No. 103-9 with proposed redactions highlighted.<br><br>This document is not cited to or referenced in the Court's SJ Order. |
| 5. | 103-10 | Exhibit 30 - ACXIOM002074, Email exchange between Todd Thomas, et al. dated July | Unseal with reduced redactions | 99 | This document includes non-public information, including telephone contact information of private individuals not relevant to this Action.  The public disclosure of an unredacted version of this document risks violation of the privacy interests of those individuals. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | 20, 2023 re Adstras Contribution to Kii | | | Defendants have attached a version of Docket No. 103-10 with proposed redactions highlighted. |
| 6. | 103-11 | Exhibit 31 - ACXIOM000715, Email from Veena Xavier to Bryan Donovan and Jennifer Nicholson dated September 16, 2023 re Discussing Adstra Testing; ACXIOM000719, Adstra Removal Research; and ACXIOM000720, Adstra Occupancies Analysis | Unseal with reduced redactions | 99 | Portions of this document contain confidential financial information regarding Defendants, as well as proprietary information regarding confidential relationships with third-party data sources and implicate the rights of third parties with respect to confidentiality. The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendant and third parties. Defendants have attached a version of Docket No. 103-11 with proposed redactions highlighted. |
| 7. | 103-12 | Exhibit 32 - Excerpts of V. Xavier Depo | Unseal with reduced redactions | 99 | Portions of this deposition excerpt contain confidential information regarding Defendants' proprietary technology and other trade secrets. Additionally, portions discuss Defendants' confidential relationships with third-party vendors and customers, and implicate the contract rights of third parties with respect to confidentiality. The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants and third parties.  Defendants have attached a version of Docket No. 103-12 with proposed redactions highlighted. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | | | | |
| 8. | 103-13 | Exhibit 33 - ACXIOM000737, Email to Michael Lukaszevicz and William McCoy dated February 23, 2024 re Adstra Data | Unseal with reduced redactions | 99 | This document includes confidential information about Defendants' proprietary systems, including information about the structure of specific products and systems.  The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants.<br><br>Defendants have attached a version of Docket No. 103-13 with proposed redactions highlighted. |
| 9. | 103-14 | Exhibit 34 - ACXIOM000285, Email exchange between Kyle Hollaway, et al. dated December 2023 January 2024 re Acxiom/Adstra Follow Up on IP to HH Data | Unseal with reduced redactions | 99 | Portions of this document contain confidential information regarding Defendants' proprietary technology and other trade secrets, including with respect to the development, nature and operation of specific products.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants and third parties.  Defendants have attached a version of Docket No. 103-14 with proposed redactions highlighted. |
| 10. | 103-17 | Exhibit 37 - ACXIOM002599, February 22, 2024 internal Acxiom messages between Kyle | Unseal | 99 | None |

4

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | Hollaway and Veena Xavier | | | |
| 11. | 103-18 | Exhibit 38 - ACXIOM002981, November 13, 2023 internal Acxiom messages between Bryan Donovan and Todd Thomas | Unseal with reduced redactions | 99 | Portions of this document contain confidential information regarding Defendants' relationships with third-party vendors, as well as confidential pricing and cost information related to specific products and services.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants and third parties. Defendants have attached a version of Docket No. 103-18 with proposed redactions highlighted. |
| 12. | 103-19 | Exhibit 39 - ACXIOM002584, January 18, 2024 internal Acxiom messages between Brandi Johansen and Bryan Donovan | Unseal | 99 | None |
| 13. | 103-20 | Exhibit 40 - ACXIOM002565, February 20, 2024 internal Acxiom messages between Bryan Donovan and Todd Thomas | Unseal with reduced redactions | 99 | Portions of this document contain confidential information regarding Defendants' relationships with third-party vendors, as well as confidential pricing and cost information related to specific products and services.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants and third parties. Defendants have attached a version of Docket No. 103-20 with proposed redactions highlighted. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | | | | This document is not cited to or referenced in the Court's SJ Order. |
| 14. | 104-12 | Exhibit 52 - ACXIOM000258, Email exchange between Kyle Hollaway, et al. dated April 9, 2024 re Adstra Data Purge | Unseal | 99 | None |
| 15. | 104-13 | Exhibit 53 - ACXIOM000414, Email exchange between Drew Mader and Todd Thomas dated February 20, 2024 re Adstra Payments | Unseal with reduced redactions | 99 | This document includes non-public information, including telephone contact information of a private individual not relevant to this Action.  The public disclosure of an unredacted version of this document risks violation of the privacy interests of that individual.

Defendants have attached a version of Docket No. 104-13 with proposed redactions highlighted. |
| 16. | 104-14 | Exhibit 54 - ACXIOM000499, Email exchange between Veena Xavier, et al. dated February 2024 re Update on Adstra Data | Unseal with reduced redactions | 99 | This document includes non-public information, including telephone contact information of a private individual not relevant to this Action.  The public disclosure of an unredacted version of this document risks violation of the privacy interests of that individual.

Defendants have attached a version of Docket No. 104-14 with proposed redactions highlighted. |

6

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| 17. | 104-15 | Exhibit 55 - ACXIOM002911, November 16, 2023 internal Acxiom messages between Bryan Donovan and Eugene Becker | Unseal with reduced redactions | 99 | Portions of this document contain confidential information regarding Defendants' forward-looking business strategies, including financial forecasts and modelling. The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants. Defendants have attached a version of Docket No. 104-15 with proposed redactions highlighted. |
| 18. | 104-16 | Exhibit 56 - ACXIOM002655, April 9, 2024 internal Acxiom messages between Alan Rainey and Veena Xavier | Unseal with reduced redactions | 99 | Portions of this document contain confidential information regarding Defendants' proprietary technology and other trade secrets, including with respect to the development, nature and operation of specific products. The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants. Defendants have attached a version of Docket No. 104-16 with proposed redactions highlighted. |
| 19. | 104-18 | Exhibit 58 - ACXIOM002711, April 12, 2024 internal Acxiom messages between Alan Rainey, Kyle Hollaway, and Veena Xavier | Unseal | 99 | None |
| 20. | 105 | Adstra's Memorandum of Law in Support for Motion for Partial Summary Judgment | Unseal with reduced redactions | 99 | Certain sections of Adstra's Memorandum of Law in Support of Partial Summary Judgment disclose Defendants' confidential financial and trade secret information related to specific products, services and |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | | | | agreements. The public disclosure of this proprietary information risks competitive and financial harm to Defendants or risks violation of the privacy interests of third-party counter-parties.<br><br>In particular, should the Court unseal this document, Defendants request that the following redactions relating to Defendants' confidential information remain in place:<br><br>• Redactions on page 7, under the subheading "F. Acxiom's Attempts to Adopt the MDSA." |
| 21. | 112 | Plaintiff Adstra's Statement of Undisputed Material Facts Pursuant to Rule 56.1 | Unseal with reduced redactions | 115 | Certain sections of Adstra's Rule 56.1 Statement in Support of Partial Summary Judgment disclose Defendants' confidential financial and trade secret information related to specific products, services and agreements. The public disclosure of this proprietary information risks competitive and financial harm to Defendants and to third parties.<br><br>In particular, should the Court unseal this document, Defendants request that the following existing redactions relating to Defendants' confidential information remain in place:<br><br>• Statement 14;<br>• Statement 17;<br>• Statement 115;<br>• Statement 144. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

|  | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 22. | 120-1 | Ex A Laykin Report | Unseal with reduced redactions | 115 | Portions of this report disclose Defendants' proprietary technology and trade secret information, including with respect to the development, nature and operation of specific products.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants. Defendants have attached a version of Docket No. 120-1 with proposed redactions highlighted. |
| 23. | 125-1 | Ex. A Young Report | Unseal with reduced redactions | 115 | Portions of this report, prepared in connection with Adstra's damage calculations which were not addressed by this Court, contain confidential information regarding Defendants' vendor and customer relationships, including specific pricing and cost information for different services and products, as well as other financial information.  The public disclosure of this information risks competitive harm to Defendants or third parties.<br><br>Defendants have attached a version of Docket No. 125-1 with proposed redactions highlighted.<br><br>This document is not cited to or referenced in the Court's SJ Order. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| 24. | 131 | Defendants' Rule 56.1 Statement of Undisputed Material Facts | Unseal with reduced redactions | 115 | Certain sections of Defendants' Rule 56.1 Statement in Support of Summary Judgment contain Defendants' confidential financial and trade secret information related to specific products, services and agreements. The public disclosure of this proprietary information risks competitive and financial harm to Defendants or third parties.<br><br>In particular, should the Court unseal this document, Defendants request that the following existing redactions relating to Defendants' confidential information remain in place:<br><br>• Statement 29;<br>• Statement 68;<br>• Statement 69. |
| 25. | 134-26 | Exhibit 29 - KINESSO000001 | Unseal | 115 | None |
| 26. | 134-29 | Exhibit 33 - ACXIOM000358 | Unseal | 115 | None |
| 27. | 134-42 | Exhibit 52 - Laykin Excerpts | Unseal | 115 | None |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| 28. | 134-45 | Exhibit 57 - ACXIOM002615 | Unseal | 115 | None |
| 29. | 148-2 | Exhibit 2 - Acxiom Emails re Adstra Invoices | Unseal | 139 | None |
| 30. | 148-5 | Exhibit 5. Excerpted Tr. E. Becker | Unseal with reduced redactions | 139 | Portions of this deposition excerpt contain confidential information regarding Defendants' relationships with third parties, including information related to costs of specific products and services.  Additionally, the information implicates the rights of third parties with respect to confidentiality.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendant and third parties.  Defendants have attached a version of Docket No. 148-5 with proposed redactions highlighted.<br><br>This document is not cited to or referenced in the Court's SJ Order. |
| 31. | 148-6 | Exhibit 6 - Acxiom Messages | Unseal with reduced redactions | 139 | Portions of this document contain confidential information regarding Defendants' proprietary technology and other trade secrets, including with respect to the development, nature and operation of specific products.<br><br>The public disclosure of an unredacted version of this exhibit risks competitive and financial harm to Defendants. |

11

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | | | | Defendants have attached a version of Docket No. 148-6 with proposed redactions highlighted. |
| 32. | 150 | Plaintiff Adstra's Counter-Statement of Undisputed Material Facts Pursuant to Rule 56.1 in Opposition to Defendants' Motion for Summary Judgment | Unseal with reduced redactions | 139 | Certain sections of Adstra's Rule 56.1 Counter-Statement disclose Defendants' confidential financial and trade secret information related to specific products, services and agreements. The public disclosure of this proprietary information risks competitive and financial harm to Defendants and to third parties. In particular, should the Court unseal this document, Defendants request that the following existing redactions relating to Defendants' confidential information remain in place:<br><br>• Statement 29 and Response to Statement 29;<br>• Statement 68 and Response to Statement 68;<br>• Statement 69 and Response to Statement 69. |
| 33. | 152 | Plaintiff Adstra's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment | Unseal with reduced redactions | 139 | Certain sections of Adstra's Memorandum of Law in Opposition to Summary Judgment include or reference Defendants' confidential financial and proprietary trade secret information related to specific products, services and agreements, the public disclosure of which could cause competitive and financial harm to Defendants and third parties. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | | | | In particular, should the Court unseal this document, Defendants request that the following redactions relating to Defendants' confidential information remain in place:<br><br>• Redactions on page 29 under the subheading "VII Defendants' Contention that There Is No Evidence of Damages is Without Merit". |
| 34. | 166 | Defendants' Memorandum of Law in Opposition to Plaintiff Adstra's Motion for Partial Summary Judgment | Unseal with reduced redactions | 157 | Certain sections of this Memorandum of Law reference Defendants' existing and future relationships with specific third-party clients and vendors, the public disclosure of which could cause competitive and financial harm to Defendants and third parties.<br><br>In particular, should the Court unseal this document, Defendants request that the following redactions relating to Defendants' confidential relationships with third parties remain in place:<br>• Redactions beginning on page 16-17 under the subheading "Defendants Did Not Conduct Any "Unauthorized Analysis" of the Adstra Data. |
| 35. | 168 | Defendants' Counter-Statement of Undisputed Material Facts Pursuant to Rule 56.1 | Unseal with reduced redactions | 157 | Certain sections of this Counter-Statement reference Defendants' existing and future relationships with specific third-party clients and vendors, the public disclosure of which could cause competitive and financial harm to Defendants and third parties. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| | | | | | In particular, should the Court unseal this document, Defendants request that the following existing redactions relating to Defendants' confidential information remain in place:<br><br>• Statement 14 and response to Statement 14;<br>• Statement 17 and response to Statement 17;<br>• Statement 115 and response to Statement 115;<br>• Statement 144 and response to Statement 144. |
| 36. | 173-1 | Exhibit 1 - Excerpts of V. Xavier Depo | Unseal | 157 | None |
| 37. | 173-5 | Exhibit 5 - E. Laykin Excerpts | Unseal | 157 | None |
| 38. | 173-6 | Exhibit 7 - ACXIOM001897 | Unseal | 157 | This document includes non-public information, including telephone contact information of private individuals not relevant to this Action.  The public disclosure of an unredacted version of this document risks violation of the privacy interests of those individuals.<br><br>Defendants have attached a version of Docket No. 173-6 with proposed redactions highlighted. |

**Appendix C: Documents to be Unsealed or Filed with Reduced Redactions**

| | ECF No. | Document Name on Docket | Request – Modify as Follows: | Corresponding Sealing Letter (ECF No.) | Proposed Redactions in Unsealed Version |
|---|---|---|---|---|---|
| 39. | 185 | Plaintiff Adstra's Reply Memorandum of Law in Further Support of Summary Judgment | Unseal with reduced redactions | 157 | Certain sections of Adstra's Reply Memorandum of Law in Further Support of Summary Judgment include or reference Defendants' confidential financial and proprietary trade secret information related to specific products, services and agreements, the public disclosure of which could cause competitive and financial harm to Defendants.<br><br>In particular, should the Court unseal this document, Defendants request that the following redactions relating to Defendants' confidential information remain in place:<br><br>• Redactions on page 8. |
| 40. | 194-3 | Excerpts of T. Thomas Depo | Unseal | 189 | None |