UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADSTRA, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>KINESSO, LLC and ACXIOM, LLC,<br><br>     Defendants. | Case No.: 1:24-cv-02639-LJL<br><br>**DECLARATION OF HAL S. SHAFTEL IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

I, HAL S. SHAFTEL, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows under penalty of perjury:

1. I am a shareholder in the law firm of Greenberg Traurig, LLP, ("Greenberg Traurig"), counsel to Defendants Kinesso, LLC ("Kinesso") and Acxiom, LLC ("Acxiom") (collectively, "Defendants"). I submit this Declaration in connection with Defendants' motion for recovery of attorneys' fees and expenses from Plaintiff ("Adstra"), as of February 28, 2025, based on express contract terms following the entry of judgment in Defendants' favor on February 27, 2025 (ECF No. 205).

2. From its inception, I have been Defendants' lead lawyer responsible for the case, including for billing on this matter, and am familiar with the billing practices of Greenberg Traurig. During eleven months to date of active litigation beginning in early April 2024, the work Greenberg Traurig undertook as Defendants' counsel involved, among other things, the following at a summary level:

- Preparing briefing and declarations opposing Adstra's application for a temporary restraining order and preliminary injunction, which Defendants filed on April 26, 2024 (ECF No. 25-26);

- Preparing for and attending the court hearing on Adstra's Proposed Order to Show Cause on April 11, 2024;

- Preparing for and attending the court hearing on Adstra's Application for a Temporary Restraining Order and expedited discovery on May 1, 2024;

- Preparing moving papers to dismiss Adstra's Complaint (ECF No. 32-33), which Defendants filed on May 15, 2024, including:

  - Extensive legal research on the eight claims Adstra brought against Defendants;

  - Drafting and filing of the motion to dismiss the Complaint papers;

- Preparing for and attending the Initial Pretrial Conference on May 23, 2024;

- Preparing moving and reply papers to dismiss Adstra's Amended Complaint (ECF No. 44-45, 52), which Defendants filed on June 20, 2024 and July 15, 2024, respectively, including:

  - Extensive legal research on the ten claims Adstra brought against Defendants;

  - Drafting and filing of the motion to dismiss the Amended Complaint papers;

- Preparing an opposition to Adstra's discovery motion to compel Defendants to produce Rule 30(b)(6) witness on additional topics, which Defendants filed on June 3, 2024 (ECF No. 42);

- Engaging in extensive fact discovery, including:

  - Propounding and/or responding to numerous discovery requests, including document requests, requests for inspections, interrogatories, and requests for admissions;

  - Gathering and reviewing thousands of documentary materials;

  - Coordinating with data vendors over several months to assist with facilitating the production and review of materials;

- Participating in mediation on September 5, 2024, including:

  - Attending the mediation and drafting a mediation statement in advance of the session;

- Preparing an opposition to Adstra's discovery motion (dated September 6, 2024) seeking a blanket extension to the discovery schedule, which Defendants filed on September 6, 2024 (ECF No. 54);

- Preparing for, conducting, and defending 12 depositions of fact witnesses, including the initial deposition of Acxiom's corporate representative during the expedited discovery phase;

- Preparing an opposition to Adstra's motion to compel (dated October 11, 2024) which Defendants filed on November 6, 2024 (ECF No. 71-75), including:

  - Extensive legal research into the relevant discovery issues;

- - Compiling 13 exhibits;

  - Drafting and filing opposition papers;

- Submitting two rebuttal expert reports, including:

  - Meeting with experts;

  - Analyzing, compiling, and transmitting hundreds of documents;

- Preparing for, defending and/or taking four expert depositions of both sides' experts;

- Preparing an opposition to Adstra's motion for reconsideration (dated November 26, 2024) (ECF No. 94-95) of the Court's Order denying Adstra's motion to compel (ECF No. 81), which Defendants filed on December 4, 2024, including:

  - Extensive legal research into the relevant discovery issues;

  - Compiling six exhibits;

  - Drafting and filing opposition papers;

- Analyzing materials filed in connections with the motions listed above for confidential information requiring redacting and/or sealing treatment, including corresponding with the Court to request such treatment (ECF No. 71, 115, 157, 189, 207-208);

- Preparing *Daubert* motion moving and reply briefing (ECF No. 117, 118, 122, 123, 125, 126, 196, 198), which Defendants filed on December 16, 2024 and January 29, 2025, respectively, including;

  - Extensive legal research;

  - Compiling over 30 exhibits;

  - Drafting and filing memoranda of law and supporting declarations;

- Preparing an opposition to Adstra's Motion to Exclude Defendants' Experts (ECF No. 175, 177, 179), which Defendants filed on January 15, 2025;

- Preparing summary judgment moving and reply briefing (ECF No. 128, 129, 131, 134, 190, 192, 194), which Defendants filed on December 16, 2024 and January 29, 2025, respectively, including;

  - Extensive legal research;

  - Compiling over 70 exhibits;

  - Drafting and filing Rule 56.1 Statement, memoranda of law, and supporting declarations;

- Preparing an opposition to Adstra's Motion for Partial Summary Judgment (ECF No 173, 174, 179), which Defendants filed on January 15, 2025.

3.    In connection with the work described above in paragraph 2 above, Greenberg Traurig invoiced Defendants for its professional fees in the following amounts:

| GREENBERG TRAURIG ATTORNEYS' FEES | |
|---|---|
| General Period of Services | Amount |
| April 2024 | $152,715.48 |
| May 2024 | $175,104.25 |
| June 2024 | $101,188.25 |
| July 2024 | $66,842.80 |
| August 2024 | $36,648.00 |
| September 2024 | $259,725.44 |
| October 2024 | $219,918.00 |
| November 2024 | $331,732.48 |
| December 2024 | $280,000.00 |
| January 2025 | $377,151.52 |
| February 2025 | $116,498.25 |
| **April 2024 - February 2025 Cumulative Total:** | **$2,117,524.47** |

4.    The legal team devoted to the case primarily consisted of myself, as lead partner, and three associates, Daniel Friedman, Samantha DiNardo, and Stewart Pollock, one of whom recently was promoted to Of Counsel, plus a paralegal.[1] The size of the Greenberg Traurig team is consistent with the number of lawyers who appeared on the docket, at depositions,

---

[1] As set forth in the chart below, in limited capacities, one additional staff attorney, paralegal, and litigation support technician assisted with document collection, review, and production. Together, the three accounted for less than 2% of the total billed hours (52.8 of the 2,738.5 hours).

4

and/or identified in case correspondence on behalf of Adstra. For ease of reference, the biographical information from the Greenberg Traurig website for each of the four principal lawyers for Defendants is attached hereto as **Exhibit A**. Certain particulars relating to the hours and rates of the Greenberg Traurig team are as follows:

| GREENBERG TRAURIG ATTORNEY HOURS & STANDARD RATES | | | | |
|---|---|---|---|---|
| Timekeeper | Years Practicing | Hours | Pre-Discounted Standard Rate | |
| | | | 2024: | 2025: |
| Hal S. Shaftel (Shareholder) | 34 | 421.80 | $1,795.00 | $1,905.00 |
| Daniel Friedman (Of Counsel) | 13 | 762.40 | $1,095.00 | $1,250.00 |
| Daniel Kosove (Staff Attorney) | 28 | 35.50 | $1,050.00 | $1,150.00 |
| Samantha DiNardo (Associate) | 2 | 790.20 | $695.00 | $825.00 |
| Stewart Pollock (Associate) | 2 | 609.00 | $695.00 | $825.00 |
| Paralegal 1 | N/A | 102.30 | $325.00 | $345.00 |
| Paralegal 2 | N/A | 9.10 | $470.00 | $515.00 |
| Litigation Support Technician | N/A | 8.00 | $215.00 | $215.00 |

Based on a longstanding relationship with the clients' parent entity, as well as discussions concerning the nature and terms of the retention, Greenberg Traurig provided substantial discounts to Defendants relative to the standard hourly charges reflected in the chart above. The combined average discounted billing rate for Greenberg Traurig's lawyers amounted to $843.00 per hour. Based on my experience, the discounted rates actually charged are meaningfully below market for comparable retentions. As a result, Adstra is the beneficiary of rate discounts in terms of its liability.

5.      In addition to legal fees for Greenberg Traurig professional staff, other expenses were incurred in connection with the litigation, including, among other things, two experts, data vendors, deposition and court transcripts, and travel. The largest component of these expenses by far relate to the work of two experts, Ron Schnell (technical) and Bala Dharan (damages), who acted in rebuttal capacities in response to the corresponding two experts identified by Adstra. The experts provided reports, appeared for depositions, and otherwise provided guidance to counsel. Biographical information for the two experts Defendants retained is attached hereto as **Exhibit B**.   Based on my experience, the rates and billings for both experts are well within standard amounts for comparable assignments given the credentials of these experts and appear consistent with the work of Adstra's experts as described at their depositions.

6.      The expenses incurred and invoiced to Defendants are as follows:

| EXPENSES | | | |
|---|---|---|---|
| Category of Expense | Month | Cost | |
| Expert Fees | Expert | Schnell | Dharan |
| | | Rate: $950/hour | Rate: $925/hour |
| | November Invoice | $15,960 | $84,290.59 |
| | December Invoice | $24,386.25 | $109,509.75 |
| | January Invoice | N/A | $4,370.63 |
| | Individual Expert Total: | $40,346.25 | $198,170.97 |
| | **Cumulative Expert Total:** | **$238,517.22** | |
| Client Travel | May (travel costs associated with 05/01 TRO Hearing) | $1,217.09 | |
| | September (travel associated 09/04 Mediation and Depositions) | $4,243.45 | |
| | **Client Travel Total:** | **$5,460.54** | |

| | | |
|---|---|---|
| Attorney Travel | May Invoice (airfare associated with 30(b)(6) Kyle Hollaway Deposition in Arkansas) | $997.65 |
| | June Invoice (additional travel costs associated with 30(b)(6) Kyle Hollaway Deposition from May) | $540.33 |
| | **Attorney Travel Total:** | **$1,537.98** |
| Data Vendor Fees | May Invoice | $864.00 |
| | September Invoice | $18,053.55 |
| | October Invoice | $4,103.00 |
| | November Invoice | $2,990.70 |
| | December Invoice | $1,471.05 |
| | **Data Vendor Total:** | **$27,482.30** |
| Administrative Fees (filing, copying, court transcripts, & imaging fees, etc.) | April | $135.81 |
| | May | $125.75 |
| | December | $293.23 |
| | February | $3,042.23 |
| | **Filing Fee Total:** | **$3,597.02** |
| Deposition Fees (transcripts, videographer, former employee Eugene Becker's counsel fees, etc.) | June Invoice | $1,934.05 |
| | September Invoice | $19,550.15 |
| | October Invoice | $12,429.60 |
| | November Invoice | $8,009.05 |
| | December Invoice | $20,027.45 |
| | **Deposition Fee Total:** | **$61,950.30** |
| Expenses Total: | **$338,545.36** | |

7.    All of these amounts have been invoiced to Defendants and paid, except for the latest Greenberg Traurig invoices, which have been approved by Defendants and already are in process for full payment.

8.    Cumulatively, Defendants by the accompanying motion seek recovery from Adstra, as of February 28, 2025, of **$2,117,524.47** for professional legal fees, **$338,545.36** for additional expenses, including for experts, for a total of **$2,456,069.83**.  As Adstra has noticed an appeal of the judgment, Defendants also seek leave to apply for recovery of future legal fees and related expenses incurred in connection with this litigation.

Executed this 11th day of March, 2025, in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.


_____*/s/ Hal S. Shaftel*_____
HAL S. SHAFTEL

8