# EXHIBIT A

**GT** GreenbergTraurig



# Hal S. Shaftel

SHAREHOLDER
shaftelh@gtlaw.com

NEW YORK
D +1 212.801.2164
T +1 212.801.9200

Hal Shaftel is an experienced trial lawyer who focuses on complex commercial litigation covering a range of areas and business sectors. His experience includes handling jury and bench trials and appeals in court rooms across the country; financial and antitrust regulatory proceedings; and domestic and international arbitrations. He has prevailed in litigations involving securities law and financial regulation, corporate governance, antitrust, joint ventures and partnerships, intellectual property, insurance/reinsurance, real estate and infrastructure, and products liability. He is proud to have represented both long-established and emerging companies and individuals in the financial services and funds, medical and Internet technology, media and content, healthcare, real estate development and consulting industries. Hal's cases are often featured in the media, including being highlighted on lists of the most important cases of the year. He also regularly lectures and publishes on commercial litigation topics.

## Capabilities

Trial Practice  |  Real Estate Litigation  |  Mergers & Acquisitions Disputes  |  Litigation  |  Commercial Litigation  |  Securities Litigation  |  Financial Services Litigation  |  Corporate  |  Antitrust Litigation & Competition Regulation  |  International Arbitration

## Experience

### Financial Services Regulation/Securities

- With respect to cases arising under the federal securities laws, Hal has defended corporate and individual clients in major securities class and derivative actions, as well as litigated tender offer and proxy matters.° Hal also has litigated on behalf of a broad array of institutional and individual clients in the financial services and investment funds sectors. He has represented investment banks and broker-dealers, as well as individual professionals, in cases concerning financial advisory, underwriting, corporate governance and cash management/accounting matters, including in connection with institutional customer disputes, class actions and regulatory investigations. He has handled regulatory investigations concerning market making and other trading desk activities. He also has handled cases for funds and fund managers concerning investment selection, governance and accounting disputes with investors and outgoing mangers. His broad experience on behalf of financial service firms has included, among many other things, the scope and terms of advisory engagements and indemnities; algorithmic trading programs and trade secrets; fiduciary duties and D&O insurance coverage issues.

GT | GreenbergTraurig

**Hal S. Shaftel**

## Antitrust

- Hal has represented clients in antitrust matters encompassing private litigations, class actions and federal and state regulatory proceedings. He has litigated antitrust claims for companies competing in the pharmaceutical, consumer products, media and entertainment and waste management sectors. He has handled matters for both companies defending against antitrust claims and companies challenging competitor practices. His cases have involved cutting-edge matters at the cross-section of antitrust and intellectual property law, including Hatch-Waxman drug regulation issues and Internet/media activities.°

## Technology / "New Economy"

- Hal's track-record includes litigating for companies and entrepreneurs in "new economy"/technology industries, particularly positioned in the healthcare/medical device and the Internet fields. He has handled cases for technology clients with respect to disputes over joint ventures and licensing arrangements, corporate governance, transactional payment terms, content/intellectual property, user/customer privacy issues, trade secrets and employment issues. Relatedly, he also has been involved in cutting-edge regulatory proceedings and other disputes involving the overlap between financial regulations and computerized trading programs.°

## Real Estate / Infrastructure

- Hal has handled a variety of cases in the real estate development context. For example, he has represented clients in joint venture disputes regarding rights and interests in development projects. He has brought claims on behalf of developers against contractors, architects/designers, and finders involved in the assemblage and construction of major infrastructure projects, which further implicate related insurance coverage issues. He also has experience with disputes over real estate financing commitments and terms.°

*°The above representations were handled by Mr. Shaftel prior to his joining Greenberg Traurig, LLP.*

# Recognition & Leadership

## Awards & Accolades

- Team Member, a *Law360* "Real Estate Practice Group of the Year," 2023

- Team Member, *U.S. News - Best Lawyers*®, Best Law Firms Edition, "Law Firm of the Year," Real Estate - Litigation, 2017 and 2022

- Listed, *Thomson-Reuters*, "Stand-Out Lawyers," 2022, 2025

- Listed, Acritas Stars™ Independently Rated Lawyers, "Star Lawyers," 2020-2021

- Listed, *The Legal 500 United States,* International Litigation - Securities Litigation, 2017-2019

- Team Member, *U.S. News - Best Lawyers*®, Best Law Firms Edition, "Law Firm of the Year," Banking & Finance - Litigation, 2017

- Team Member, *BTI Power Rankings*, "The 16 Strongest Firms for "Go-To Outside Counsel" Insurance Work," 2016

© 2025 Greenberg Traurig, LLP

**GT** GreenbergTraurig

**Hal S. Shaftel**

## Professional & Community Involvement

*   Member, New York City Bar

*   Member, New York State Bar Association

*   Member, American Bar Association

# Credentials

## Education

*   J.D., Yale Law School, 1989

    *   Senior editor, *Yale Law Journal*

*   B.A., *magna cum laude*, Yale University, 1986

## Admissions

*   New York

*   U.S. District Court for the Eastern District of New York

*   U.S. District Court for the Southern District of New York

# News, Insights & Events

*   Hal has published extensively in legal periodicals concerning topics relevant to general business litigation, including trial practice, discovery and arbitration topics. He often speaks at conferences and in the media on litigation practice issues and corporate governance rules.

August 05, 2019   PRESS RELEASE

## GT Represents Centre Partners in its Sale of Stonewall Kitchen

**GT** GreenbergTraurig



# Daniel Friedman

OF COUNSEL
Daniel.Friedman@gtlaw.com

NEW YORK
D +1 212.801.6788
T +1 212.801.9200

Daniel Friedman focuses his practice on litigation, including white collar criminal investigations and complex commercial disputes. He is an experienced trial lawyer, representing financial institutions, medical device and pharmaceutical companies, energy companies and individuals in both state and federal courts. Daniel also represents a broad range of clients in investigations conducted by the S.E.C., the U.S. Attorney's Office, the Department of Health and Human Services, and state regulatory authorities. He also represents unaccompanied minors seeking Special Immigrant Juvenile Statues and students in Individuals with Disabilities Education Act hearings.

Daniel is an experienced data privacy and cybersecurity attorney and is a Certified Information Privacy Professional (CIPP/US).

## Capabilities

Litigation  |  Data Privacy & Cybersecurity

## Experience

### Representative Matters

- Represent public company CFO accused of securities fraud

- Represent international retailer in litigation arising from M&A transaction

- Represent medical device company in litigation stemming from licensing agreement

- Represent financial institution in financial crisis-related lender liability action

- Represented private equity partner in SEC enforcement action in SDNY bench trial

- Represented energy company against investment bank in Delaware jury trial

- Represented financial adviser in Delaware appraisal action

- Represented investment bank in mortgage-backed securities litigation

### Professional Certifications

© 2025 Greenberg Traurig, LLP

**GT** GreenbergTraurig                                                **Daniel Friedman**

- Certified Information Privacy Professional/United States (CIPP/US), International Association of Privacy Professionals (IAPP)

### Internships

- U.S. Attorney's Office for the Eastern District of New York, Organized Crime and Civil Rights Divisions, Fall 2010

- Alaska Department of Law, Criminal Division, Summer 2010

- San Francisco District Attorney's Office, Summer 2009

## Credentials

### Education

- J.D., New York University School of Law, 2011

- B.A., with distinction, University of Michigan, 2005

### Admissions

- New York

- California

### Languages

- Chinese (Mandarin), Conversational

## News, Insights & Events

February 13, 2025   PRESS RELEASE

**Greenberg Traurig Announces Elevations of New Shareholders, Of Counsels and Local Partners**

March 31, 2023   MEDIA COVERAGE

**Another Hefty Batch of Litigator of the Week Runners-Up and Shout Outs**

July 22, 2021   MEDIA COVERAGE

**Greenberg Traurig Secures Dismissal of Civil and Criminal Securities Fraud Charges**

**GT** GreenbergTraurig                                    **Daniel Friedman**

July 21, 2021   PRESS RELEASE

**Greenberg Traurig Secures Dismissal of Civil and Criminal Securities Fraud Charges**

---

May 28, 2021   GT ALERT

**New York City Enacts Tenant Data Privacy Act**

© 2025 Greenberg Traurig, LLP                                    www.gtlaw.com | 3

**GT** GreenbergTraurig



# Samantha DiNardo

ASSOCIATE
Samantha.DiNardo@gtlaw.com

NEW YORK
D +1 212.801.9375
T +1 212.801.9200

Samantha DiNardo is a member of the Litigation Practice in Greenberg Traurig's New York office.

## Capabilities

Litigation

## Experience

### Internships

- Law Clerk, Justice Juanita Kidd Stout Center for Criminal Justice, 2020

- Intern, Lehigh County District Attorney's Office, 2018

## Credentials

### Education

- J.D., *magna cum laude*, American University Washington College of Law, 2022

  - Member, *American University Law Review*

- B.S., Villanova University, 2019

### Admissions

- New York

© 2025 Greenberg Traurig, LLP

**GT** GreenbergTraurig



# Stewart Pollock

ASSOCIATE
Stewart.Pollock@gtlaw.com

NEW YORK
D +1 212.801.9367
T +1 212.801.9200

Stewart Pollock is a member of the Litigation Practice in Greenberg Traurig's New York office. Prior to joining the firm, he served as a judicial law clerk to Justice Anne M. Patterson of the Supreme Court of New Jersey.

## Capabilities

Litigation

## Experience

### Internships

- Legal Extern, Charities Bureau, New York State Attorney General's Office, 2020
- Legal Intern, Civil Division, U.S. Attorney's Office for the Eastern District of New York, 2020

## Credentials

### Education

- J.D., Columbia Law School, 2022
  - Harlan Fiske Stone Scholar
  - Executive Financial Officer, *Columbia Human Rights Law Review*
  - Articles and Submissions Editor, *Columbia Journal of Environmental Law*
- B.A., *cum laude*, Kenyon College, 2016

### Clerkships

- Supreme Court of New Jersey

### Admissions

© 2025 Greenberg Traurig, LLP

GT GreenbergTraurig                                          **Stewart Pollock**

- New York

- U.S. District Court for the Eastern District of New York

- U.S. District Court for the Southern District of New York

© 2025 Greenberg Traurig, LLP                                    www.gtlaw.com  |  2