# Exhibit 1 to Supplemental Declaration of Hal S. Shaftel

**Filed Under Seal**