# **<u>EXHIBIT 2</u>**

Page 1 of 1

## Expense Report

| | |
|---|---|
| Expense Report Number | Expense Report-103881 |
| Company | Acxiom LLC |
| Report Date | 09/13/2024 |
| Start Date | 09/04/2024 |
| End Date | 09/10/2024 |
| Spend Authorization | SA-00006441 |
| Business Purpose | Client / Customer Visit |

## Pay To

| | |
|---|---|
| Name | Employee: John Watkins (Terminated) |
| Email | John.Watkins@acxiom.com |
| Work Phone | +1 (501) 5361457 |
| Mobile Phone | +1 (501) 5361457 |
| Address | |

## Amounts

| | |
|---|---|
| Reimbursement Currency | USD |
| Reimbursement Amount | 0.00 |
| Cash Advance Applied Amount | 0.00 |
| Personal Amount | 0.30 |
| Company Paid Credit Card Amount | 1,009.33 |
| Expense Report Total Amount | 1,009.63 |

## Memo

Mediation Case in New York

## Expense Report Lines

| Date | Expense Item | Amount | Memo | Receipt Attached | Itemized |
|---|---|---|---|---|---|
| 09/04/2024 | PROFESSIONAL DUES | 199.00 USD | AdAge | Yes | |
| 09/04/2024 | ASSOCIATE MEAL | 69.39 USD | | | |
| 09/04/2024 | ASSOCIATE MEAL | 22.91 USD | | Yes | |
| 09/04/2024 | ASSOCIATE MEAL | 8.56 USD | | | |
| 09/05/2024 | ASSOCIATE MEAL | 32.72 USD | | | |
| 09/05/2024 | ASSOCIATE MEAL | 10.87 USD | | | |
| 09/05/2024 | TAXI / Ride Share | 20.45 USD | | Yes | |
| 09/05/2024 | PARKING | 28.24 USD | | | |
| 09/05/2024 | TAXI / Ride Share | 85.27 USD | | Yes | |
| 09/06/2024 | TAXI / Ride Share | 21.01 USD | | Yes | |
| 09/06/2024 | TAXI / Ride Share | 104.08 USD | | Yes | |
| 09/06/2024 | ASSOCIATE MEAL | 7.80 USD | | | |
| 09/06/2024 | LODGING | 381.03 USD | | Yes | Yes |
| 09/08/2024 | PERSONAL EXPENSE | 0.30 USD | Personal expense | | |
| 09/10/2024 | OTHER TRAVEL | 18.00 USD | Agency booking fee | | |

_____    _____
Signature                  Date

Expense Report: Expense Report-101547

08:41 AM
02/27/2025
Page 1 of 1



|  |  |
|---|---|
| **Status** | Paid |
| **Pay To** | Victor Richardson |
| **Payee Type** | Employee |
| **Company** | C0001 Acxiom LLC |
| **Currency** | USD |
| **Date** | 05/13/2024 |
| **Memo** | Court Hearing in New York re: Adstra |
| **Payment Type** | Direct Deposit |
| **Total Amount** | 1,217.09 |

Expense Lines

| Item | Amount | Currency |
|---|---|---|
| OTHER TRAVEL | 18.00 | USD |
| AIRFARE | 564.65 | USD |
| ASSOCIATE MEAL | 73.22 | USD |
| TAXI / Ride Share | 60.18 | USD |
| LODGING | 376.43 | USD |
| ASSOCIATE MEAL | 16.40 | USD |
| TAXI / Ride Share | 75.50 | USD |
| PARKING | 21.72 | USD |
| ASSOCIATE MEAL | 10.99 | USD |

Expense Report: Expense Report-103014



| | |
|---|---|
| **Status** | Paid |
| **Pay To** | Victor Richardson |
| **Payee Type** | Employee |
| **Company** | C0001 Acxiom LLC |
| **Currency** | USD |
| **Date** | 07/24/2024 |
| **Memo** | Prep for Court Hearing in New York re: Adstra |
| **Payment Type** | Direct Deposit |
| **Total Amount** | 78.78 |

Expense Lines

| Item | Amount | Currency |
|---|---|---|
| CLIENT MEALS AND ENTERTAINMENT | 15.54 | USD |
| CLIENT MEALS AND ENTERTAINMENT | 51.24 | USD |
| PARKING | 12.00 | USD |

Expense Report: Expense Report-103941

08:38 AM

02/27/2025
Page 1 of 1



|  |  |
|---|---|
| Status | Paid |
| Pay To | Victor Richardson |
| Payee Type | Employee |
| Company | C0001 Acxiom LLC |
| Currency | USD |
| Date | 09/16/2024 |
| Memo | Airfare -Trip to New York for depositions September |
| Payment Type | Direct Deposit |
| Total Amount | 389.56 |

Expense Lines

| Item | Amount | Currency |
|---|---|---|
| OTHER TRAVEL | 18.00 | USD |
| AIRFARE | 353.56 | USD |
| OTHER TRAVEL | 18.00 | USD |

Expense Report: Expense Report-103959



|  | |
|---|---|
| **Status** | Paid |
| **Pay To** | Victor Richardson |
| **Payee Type** | Employee |
| **Company** | C0001 Acxiom LLC |
| **Currency** | USD |
| **Date** | 09/17/2024 |
| **Memo** | Litigation Mediation - Adstra |
| **Payment Type** | Direct Deposit |
| **Total Amount** | 1,188.13 |

Expense Lines

| Item | Amount | Currency |
|---|---|---|
| PERSONAL EXPENSE | 39.00 | USD |
| ASSOCIATE MEAL | 16.20 | USD |
| ASSOCIATE MEAL | 72.67 | USD |
| ASSOCIATE MEAL | 29.13 | USD |
| LODGING | 932.62 | USD |
| TAXI / Ride Share | 55.07 | USD |
| PARKING | 43.44 | USD |

Expense Report: Expense Report-104217



|  |  |
|---|---|
| **Status** | Paid |
| **Pay To** | Victor Richardson |
| **Payee Type** | Employee |
| **Company** | C0001 Acxiom LLC |
| **Currency** | USD |
| **Date** | 10/02/2024 |
| **Memo** | Adstra LItigation  - E. Becker Deposition |
| **Payment Type** | Direct Deposit |
| **Total Amount** | 1,656.13 |

Expense Lines

| Item | Amount | Currency |
|---|---:|---|
| OTHER TRAVEL | 18.00 | USD |
| AIRFARE | 21.95 | USD |
| ASSOCIATE MEAL | 62.26 | USD |
| TAXI / Ride Share | 78.59 | USD |
| TAXI / Ride Share | 33.24 | USD |
| ASSOCIATE MEAL | 60.00 | USD |
| LODGING | 1,257.93 | USD |
| ASSOCIATE MEAL | 35.00 | USD |
| PARKING | 32.58 | USD |
| TAXI / Ride Share | 56.58 | USD |