# EXHIBIT 3

# October 2024

**BRG** INVOICE

Victor Richardson
Acxiom, LLC
301 E. Dave Ward Drive
Conway, AR 72032

November 15, 2024
Client-Project: 100706-101407
Invoice #: 10007723
Tax ID: ███████

**Via Email:** ████████████████████

---

**RE: Adstra, LLC v. Kinesso, LLC**

Services Rendered Through October 31, 2024

| | | |
|---|---:|---|
| Professional Services | $ 80,276.75 | USD |
| Expenses Incurred | 4,013.84 | |
| **CURRENT CHARGES** | $ **84,290.59** | **USD** |

**PAYMENT IS DUE BY December 15, 2024**

Please direct questions regarding this invoice to: Bala Dharan at ████████████████

**Please remit wire/ACH payment to:**
Bank Name:      PNC BANK, N.A.
SWIFT:             ███████
ABA #:              ███████
Account Name:   BERKELEY RESEARCH GROUP, LLC
Account #:         ████████
Reference:         ██████

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**
BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

**cc:**
Hal Shaftel
**Via Email:** ████████████████

---

**BRG**                                                                    INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

Services Rendered Through October 31, 2024

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** |  |  |  |
| Bala Dharan | 925.00 | 39.75 | 36,768.75 |
| **Director** |  |  |  |
| Christopher L. Ring | 680.00 | 38.80 | 26,384.00 |
| Krishnan Ramadas | 650.00 | 20.80 | 13,520.00 |
| **Associate** |  |  |  |
| Valentina Ponce | 265.00 | 13.60 | 3,604.00 |
| **Total Professional Services** |  | **112.95** | **80,276.75** |

**EXPENSES**

| | Amount |
|---|---|
| Internal Expenses: Data, IT Services, Telecom, Supplies, Copies | 4,013.84 |
| **Total Expenses** | **4,013.84** |

**BRG** · · · · · · · · · · · · · · · · · · · · · · · · · INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

**Page** 3 of 4
**Invoice #** 10007723
**Client-Project:** 100706-101407

Services Rendered Through October 31, 2024

## DETAIL OF PROFESSIONAL SERVICES

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/17/24 | Bala Dharan | Reviewed case documents. | 3.50 |
| 10/18/24 | Bala Dharan | Call with counsel. Call prep. | 1.00 |
| 10/21/24 | Bala Dharan | Reviewed case documents. Call with counsel. | 2.50 |
| 10/22/24 | Bala Dharan | Reviewed case documents. | 3.00 |
| 10/23/24 | Bala Dharan | Reviewed case documents. Call with counsel, team. | 4.00 |
| 10/23/24 | Christopher L. Ring | Reviewed case materials. | 2.30 |
| 10/24/24 | Bala Dharan | Reviewed case documents. Call with counsel, call with team. | 4.50 |
| 10/24/24 | Christopher L. Ring | Performed research, reviewed case materials, discussed case with expert. | 4.80 |
| 10/25/24 | Bala Dharan | Call with counsel and client, call with team, Drafted expert report. | 4.25 |
| 10/25/24 | Christopher L. Ring | Performed research, reviewed case materials, discussed case with expert. | 5.20 |
| 10/26/24 | Bala Dharan | Drafted expert report. | 1.50 |
| 10/27/24 | Bala Dharan | Reviewed case documents. Drafted expert report. | 3.00 |
| 10/28/24 | Bala Dharan | Drafted expert report. Call with team. | 2.00 |
| 10/28/24 | Valentina Ponce | Reviewed case materials; case research; prepared case materials for the submission of the expert report. | 3.10 |
| 10/28/24 | Krishnan Ramadas | Team discussions; reviewed legal filings; analyzed Young report. | 4.10 |
| 10/28/24 | Christopher L. Ring | Performed research, reviewed case materials, discussed case with expert, drafted report. | 6.60 |
| 10/29/24 | Bala Dharan | Drafted report. Call with counsel, team. Reviewed case documents. | 4.50 |
| 10/29/24 | Valentina Ponce | Prepared case materials for the submission of the expert report. | 4.10 |
| 10/29/24 | Krishnan Ramadas | Analyzed Young report; call with counsel and client. | 7.90 |
| 10/29/24 | Christopher L. Ring | Performed research, reviewed case materials, participated in conference calls, drafted report. | 5.50 |

# BRG

INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

**Page** 4 of 4
**Invoice #** 10007723
**Client-Project:** 100706-101407

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/30/24 | Bala Dharan | Reviewed case documents. Team calls. | 1.50 |
| 10/30/24 | Valentina Ponce | Prepared case materials for the submission of the expert report. | 2.10 |
| 10/30/24 | Krishnan Ramadas | Analyzed Young report and formulated critiques of his analysis. | 4.80 |
| 10/30/24 | Christopher L. Ring | Performed research, reviewed case materials, discussed case with expert, drafted report. | 7.00 |
| 10/31/24 | Bala Dharan | Reviewed case documents. Drafted expert report. Calls with counsel, team. | 4.50 |
| 10/31/24 | Valentina Ponce | Reviewed case materials; prepared case materials for the submission of the expert report. | 4.30 |
| 10/31/24 | Krishnan Ramadas | Analyzed Young report and formulated critiques of his analysis; call with counsel. | 4.00 |
| 10/31/24 | Christopher L. Ring | Reviewed case materials, discussed case with expert, drafted report. | 7.40 |
| **Professional Services** | | | **112.95** |

# November 2024

# BRG

INVOICE

Victor Richardson
Acxiom, LLC
301 E. Dave Ward Drive
Conway, AR 72032

RCT-00102148 for PO-00039869

December 13, 2024
Client-Project: 100706-101407
Invoice #: 10009760
Tax ID: ▮▮▮▮▮

**Via Email:** ▮▮▮▮▮▮▮▮▮▮

---

**RE: Adstra, LLC v. Kinesso, LLC**

Services Rendered Through November 30, 2024

| | | |
|---|---:|---|
| Professional Services | $ 104,295.00 | USD |
| Expenses Incurred | 5,214.75 | |
| **CURRENT CHARGES** | $ 109,509.75 | **USD** |

**PAYMENT IS DUE BY January 12, 2025**

Please direct questions regarding this invoice to: Bala Dharan at ▮▮▮▮▮▮

| *OTHER OUTSTANDING INVOICES AS OF TODAY* | | | |
|---|---|---|---|
| Invoice # 10007723 - Dated 11/15/2024 | 84,290.59 | Due Date: 12/15/24 | **DUE IN 2 DAYS** |

**Please remit wire/ACH payment to:**

Bank Name:     PNC BANK, N.A.
SWIFT:         ▮▮▮▮
ABA #:         ▮▮▮▮
Account Name:  BERKELEY RESEARCH GROUP, LLC
Account #:     ▮▮▮▮
Reference:     ▮▮▮▮

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**

BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

cc:
Hal Shaftel
**Via Email:** ▮▮▮▮▮▮

---

BRG CORPORATE ADDRESS:  2200 POWELL STREET - SUITE 1200 | EMERYVILLE, CA 94608

**BRG**                                                          INVOICE

**To:** Victor Richardson                                **Page** 2 of 4
**c/o:** Acxiom, LLC                              **Invoice #** 10009760
**RE:** Adstra, LLC v. Kinesso, LLC        **Client-Project:** 100706-101407

Services Rendered Through November 30, 2024

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** |  |  |  |
| Bala Dharan | 925.00 | 76.00 | 70,300.00 |
| **Director** |  |  |  |
| Christopher L. Ring | 680.00 | 22.20 | 15,096.00 |
| Krishnan Ramadas | 650.00 | 21.00 | 13,650.00 |
| **Associate** |  |  |  |
| Valentina Ponce | 265.00 | 17.60 | 4,664.00 |
| **Case Assistant** |  |  |  |
| Amanda Watson-Nauert | 195.00 | 3.00 | 585.00 |
| **Total Professional Services** |  | **139.80** | **104,295.00** |

**EXPENSES**

| | Amount |
|---|---|
| Internal Expenses: Data, IT Services, Telecom, Supplies, Copies | 5,214.75 |
| **Total Expenses** | **5,214.75** |

**BRG**                                                                    INVOICE

**To:** Victor Richardson                                         Page 3 of 4
**c/o:** Acxiom, LLC                                              Invoice # 10009760
**RE:** Adstra, LLC v. Kinesso, LLC                    Client-Project: 100706-101407

Services Rendered Through November 30, 2024

## DETAIL OF PROFESSIONAL SERVICES

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/01/24 | Bala Dharan | Drafted expert report. Reviewed case documents. | 4.00 |
| 11/01/24 | Valentina Ponce | Reviewed case materials; prepared case materials for the submission of the expert report. | 8.00 |
| 11/01/24 | Krishnan Ramadas | Analyzed documents; assisted in drafting expert report; attended call with counsel. | 10.80 |
| 11/01/24 | Christopher L. Ring | Reviewed case materials, discussed case with expert, drafted report. | 7.60 |
| 11/02/24 | Bala Dharan | Drafted expert report. Reviewed case documents. | 7.00 |
| 11/02/24 | Valentina Ponce | Reviewed case materials; prepared case materials for the submission of the expert report. | 2.10 |
| 11/02/24 | Krishnan Ramadas | Assisted in drafting expert report. | 4.50 |
| 11/02/24 | Christopher L. Ring | Reviewed case materials, drafted report. | 2.50 |
| 11/03/24 | Bala Dharan | Drafted expert report. Calls with counsel and team. | 5.00 |
| 11/03/24 | Krishnan Ramadas | Assisted in drafting expert report; internal discussions. | 2.50 |
| 11/03/24 | Christopher L. Ring | Reviewed case materials, drafted report, participated in conference calls. | 6.60 |
| 11/04/24 | Bala Dharan | Drafted expert report. Reviewed case documents. Calls with team, counsel. | 3.50 |
| 11/04/24 | Christopher L. Ring | Reviewed case materials, drafted report. | 1.50 |
| 11/05/24 | Bala Dharan | Drafted expert report. Reviewed case documents. Calls with counsel. | 9.00 |
| 11/05/24 | Krishnan Ramadas | Internal discussions; assisted in editing expert report. | 0.60 |
| 11/05/24 | Christopher L. Ring | Reviewed case materials, drafted report, discussed case with expert. | 3.30 |
| 11/06/24 | Bala Dharan | Drafted expert report. Reviewed case documents. Calls with counsel. | 12.00 |
| 11/06/24 | Valentina Ponce | Audited expert report. | 7.50 |
| 11/06/24 | Amanda Watson-Nauert | QC footnotes. | 3.00 |
| 11/08/24 | Bala Dharan | Deposition preparation. Reviewed case documents. | 2.00 |

**BRG**                                                                    **INVOICE**

**To:** Victor Richardson                                        **Page** 4 of 4
**c/o:** Acxiom, LLC                                          **Invoice #** 10009760
**RE:** Adstra, LLC v. Kinesso, LLC                **Client-Project:** 100706-101407

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/09/24 | Bala Dharan | Deposition preparation. Reviewed case documents. | 3.75 |
| 11/10/24 | Bala Dharan | Deposition preparation. Reviewed case documents. | 4.25 |
| 11/11/24 | Bala Dharan | Deposition preparation. | 4.00 |
| 11/12/24 | Bala Dharan | Deposition preparation. Call with counsel, team. | 5.50 |
| 11/12/24 | Christopher L. Ring | Reviewed and organized materials, discussed case. | 0.70 |
| 11/13/24 | Bala Dharan | Deposition preparation. Call with team. | 1.50 |
| 11/13/24 | Krishnan Ramadas | Internal discussions; reviewed technical expert reports in preparation for expert deposition. | 2.10 |
| 11/14/24 | Bala Dharan | Deposition preparation. Call with counsel. | 4.50 |
| 11/14/24 | Krishnan Ramadas | Reviewed technical expert reports in preparation for expert deposition. | 0.50 |
| 11/15/24 | Bala Dharan | Deposition. | 5.50 |
| 11/21/24 | Bala Dharan | Reviewed case documents. Prepare work product. | 2.50 |
| 11/22/24 | Bala Dharan | Reviewed case documents. Call with counsel. | 2.00 |

**Professional Services** | | | 139.80

# December 2024

# BRG

INVOICE

Victor Richardson
Acxiom, LLC
301 E. Dave Ward Drive
Conway, AR 72032

January 15, 2025
Client-Project: 100706-101407
Invoice #: 10011793
Tax ID: █████████

**Via Email:** ████████████████████

**RE: Adstra, LLC v. Kinesso, LLC**

RCT-00102579 for PO-00039985

Services Rendered Through December 31, 2024

| | | |
|---|---|---|
| Professional Services | $    4,162.50 | USD |
| Expenses Incurred | 208.13 | |
| **CURRENT CHARGES** | $    4,370.63 | **USD** |

**PAYMENT IS DUE BY February 14, 2025**

Please direct questions regarding this invoice to: Bala Dharan at █████████████████

**Please remit wire/ACH payment to:**

Bank Name:    PNC BANK, N.A.
SWIFT:        ██████████
ABA #:        ██████████
Account Name: BERKELEY RESEARCH GROUP, LLC
Account #:    ██████████████
Reference:    ██████████

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**

BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

cc:
Hal Shaftel
**Via Email:** ████████████████

BRG CORPORATE ADDRESS:  2200 POWELL STREET - SUITE 1200 | EMERYVILLE, CA 94608

**BRG** :::: INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

Services Rendered Through December 31, 2024

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** |  |  |  |
| Bala Dharan | 925.00 | 4.50 | 4,162.50 |
| **Total Professional Services** |  | **4.50** | **4,162.50** |

**EXPENSES**

| | Amount |
|---|---|
| Internal Expenses: Data, IT Services, Telecom, Supplies, Copies | 208.13 |
| **Total Expenses** | **208.13** |

**BRG**

INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

**Page** 3 of 3
**Invoice #** 10011793
**Client-Project:** 100706-101407

Services Rendered Through December 31, 2024

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/06/24 | Bala Dharan | Reviewed case documents. Prepared work product. Email with counsel. | 0.75 |
| 12/12/24 | Bala Dharan | Reviewed case documents. Call with counsel. | 1.50 |
| 12/13/24 | Bala Dharan | Reviewed case documents. Prepared work product. Email with counsel. | 2.25 |
| **Professional Services** | | | **4.50** |