# EXHIBIT 4

# October 2024

# BRG

INVOICE

Victor Richardson
Acxiom, LLC
301 E. Dave Ward Drive
Conway, AR 72032

November 15, 2024
Client-Project: 100706-100754
Invoice #: 10007722
Tax ID: ███████

**Via Email:** ████████████████

---

**RE: Adstra, LLC v. Kinesso, LLC**          RCT-00101973 for PO-00039805

Services Rendered Through October 31, 2024

| | | | |
|---|---|---|---|
| Professional Services | $ | 15,200.00 | USD |
| Expenses Incurred | | 760.00 | |
| **CURRENT CHARGES** | $ | **15,960.00** | **USD** |

**PAYMENT IS DUE BY December 15, 2024**

Please direct questions regarding this invoice to: Ron Schnell ████████████

**Please remit wire/ACH payment to:**

Bank Name:      PNC BANK, N.A.
SWIFT:            ████████
ABA #:            ████████
Account Name:  BERKELEY RESEARCH GROUP, LLC
Account #:        ████████
Reference:        10007722

Please send remittance advice details to:
remitadvice@thinkbrg.com

**Please remit check payment to:**

BERKELEY RESEARCH GROUP, LLC
PO BOX 676158
DALLAS, TX 75267-6158

**Please remit express/overnight payment to:**
PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
LOCKBOX NUMBER 676158
1200 E CAMPBELL RD, STE 108
RICHARDSON, TX 75081

cc:
Hal Shaftel
**Via Email:** ████████████

---

**BRG**

INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

Services Rendered Through October 31, 2024

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** |  |  |  |
| Ron Schnell | 950.00 | 16.00 | 15,200.00 |
| **Total Professional Services** |  | **16.00** | **15,200.00** |

**EXPENSES**

| | Amount |
|---|---|
| Internal Expenses: Data, IT Services, Telecom, Supplies, Copies | 760.00 |
| **Total Expenses** | **760.00** |

**BRG**

INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

**Page** 3 of 3
**Invoice #** 10007722
**Client-Project:** 100706-100754

Services Rendered Through October 31, 2024

## DETAIL OF PROFESSIONAL SERVICES

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/02/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 0.42 |
| 10/08/24 | Ron Schnell | Reviewed case documents. | 2.50 |
| 10/09/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 0.33 |
| 10/12/24 | Ron Schnell | Reviewed case documents. | 2.00 |
| 10/13/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 0.50 |
| 10/13/24 | Ron Schnell | Reviewed case documents. | 1.00 |
| 10/17/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 1.75 |
| 10/24/24 | Ron Schnell | Reviewed case documents. | 2.00 |
| 10/25/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 0.50 |
| 10/28/24 | Ron Schnell | Reviewed case documents. | 2.00 |
| 10/30/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 0.50 |
| 10/30/24 | Ron Schnell | Reviewed case documents. | 1.00 |
| 10/30/24 | Ron Schnell | Drafted expert report. | 1.50 |
| **Professional Services** | | | **16.00** |

# November 2024

**BRG**                                                                    INVOICE

Victor Richardson                                          December 18, 2024
Acxiom, LLC                                        Client-Project: 100706-100754
301 E. Dave Ward Drive                                    Invoice #: 10010348
Conway, AR 72032                                                  Tax ID: ███

**Via Email:** ██████████████

---

**RE: Adstra, LLC v. Kinesso, LLC**          RCT-00102150 for PO-00039885

Services Rendered Through November 30, 2024

| | | |
|---|---|---|
| Professional Services | $    23,225.00 | USD |
| Expenses Incurred | 1,161.25 | |
| **CURRENT CHARGES** | **$    24,386.25** | **USD** |

**PAYMENT IS DUE BY January 17, 2025**

Please direct questions regarding this invoice to: Ron Schnell at ██████████

| *OTHER OUTSTANDING INVOICES AS OF TODAY* | | | |
|---|---|---|---|
| Invoice # 10007722 - Dated 11/15/2024 | 15,960.00 | Due Date: 12/15/24 | **PAST DUE** |

**Please remit wire/ACH payment to:**            **Please remit check payment to:**

Bank Name:   PNC BANK, N.A.                      BERKELEY RESEARCH GROUP, LLC
SWIFT:       ███                                 PO BOX 676158
ABA #:       ███                                 DALLAS, TX 75267-6158
Account Name:  BERKELEY RESEARCH GROUP, LLC
Account #:   ███                                 **Please remit express/overnight payment to:**
Reference:   10010348                            PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
                                                 LOCKBOX NUMBER 676158
                                                 1200 E CAMPBELL RD, STE 108
Please send remittance advice details to:        RICHARDSON, TX 75081
remitadvice@thinkbrg.com

cc:
Hal Shaftel
**Via Email:** ██████████████

---

**BRG**

INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

Services Rendered Through November 30, 2024

**PROFESSIONAL SERVICES**

|  | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** |  |  |  |
| Ron Schnell | 950.00 | 23.50 | 22,325.00 |
| **Managing Consultant** |  |  |  |
| David Ghetler | 500.00 | 1.80 | 900.00 |
| **Total Professional Services** |  | **25.30** | **23,225.00** |

**EXPENSES**

| | |
|---|---|
| Internal Expenses: Data, IT Services, Telecom, Supplies, Copies | 1,161.25 |
| **Total Expenses** | **1,161.25** |

**BRG**
INVOICE

**To:** Victor Richardson
**c/o:** Acxiom, LLC
**RE:** Adstra, LLC v. Kinesso, LLC

**Page** 3 of 3
**Invoice #** 10010348
**Client-Project:** 100706-100754

Services Rendered Through November 30, 2024

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/03/24 | Ron Schnell | Drafted expert report. | 8.00 |
| 11/04/24 | David Ghetler | Research, data analysis, or modeling. | 1.20 |
| 11/04/24 | Ron Schnell | Drafted expert report. | 2.50 |
| 11/05/24 | David Ghetler | Research, data analysis, or modeling. | 0.60 |
| 11/06/24 | Ron Schnell | Drafted expert report. | 2.00 |
| 11/10/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 0.25 |
| 11/13/24 | Ron Schnell | Meeting or call with Client and/or Counsel. | 0.75 |
| 11/13/24 | Ron Schnell | Reviewed case documents. | 3.50 |
| 11/14/24 | Ron Schnell | Testified in deposition. | 6.50 |
| **Professional Services** | | | **25.30** |