# EXHIBIT 5

# INVOICE

**Pivot Legal Services**
400 West Capitol Ave Ste 101b
Little Rock, AR 72201

littlerock@pivotlegalservices.com
+1 (501) 376-8000
pivotlegalservices.com



## Acxiom:Victor Richardson

**Bill to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Ship to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Invoice details**

Invoice no.: 15514
Terms: Net 30
Invoice date: 09/30/2024
Due date: 10/30/2024

Rep: BH
Client Reference: Adstra

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Forensic Techincal Time** | Forensic Processing- filtering slack data and downloading attachments first Slack export | 8 | $275.00 | $2,200.00 |
| 2. | | **Forensic Techincal Time** | Forensic Processing- filtering Slack data and downloading attachments second Slack export | 16 | $275.00 | $4,400.00 |
| 3. | | **Hosting Data Upload Fee** | Hosting Data Upload Fee | 6.89 | $15.00 | $103.35 |
| 4. | | **Monthly User Fee** | Monthly User Fee | 10 | $99.00 | $990.00 |
| 5. | | **Monthly Hosting Fee** | Monthly Hosting Fee | 42.1 | $12.00 | $505.20 |
| 6. | | **Project Management** | Project Management- Billing Details Attached | 43.8 | $225.00 | $9,855.00 |

**Total** **$18,053.55**

Note to customer

All work has been approved, received, inspected & will be paid for in accordance with your terms.

Signature:_____

# INVOICE

**Pivot Legal Services**
400 West Capitol Ave Ste 101b
Little Rock, AR 72201

littlerock@pivotlegalservices.com
+1 (501) 376-8000
pivotlegalservices.com



PIVOT
LEGAL SERVICES

## Acxiom:Victor Richardson

**Bill to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Ship to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Invoice details**

Invoice no.: 15579
Terms: Net 30
Invoice date: 10/31/2024
Due date: 11/30/2024

Rep: BH
Client Reference: Adstra

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Monthly User Fee** | Monthly User Fee | 12 | $99.00 | $1,188.00 |
| 2. | | **Monthly Hosting Fee** | Monthly Hosting Fee | 42.6 | $12.00 | $511.20 |
| 3. | | **Project Management** | Project Management- Billing Details Attached | 9.95 | $225.00 | $2,238.75 |

**Total** **$3,937.95**

## Note to customer

All work has been approved, received, inspected & will be paid for in accordance with your terms.

Signature:_____

RCT-00101983 for PO-00038899

## INVOICE

**Pivot Legal Services**
400 West Capitol Ave Ste 101b
Little Rock, AR 72201

littlerock@pivotlegalservices.com
+1 (501) 376-8000
pivotlegalservices.com



### Acxiom:Victor Richardson

**Bill to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Ship to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Invoice details**

Invoice no.: 15668
Terms: Net 30
Invoice date: 11/30/2024
Due date: 12/30/2024

Rep: BH
Client Reference: Adstra

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Monthly User Fee** | Monthly User Fee | 8 | $99.00 | $792.00 |
| 2. | | **Monthly Hosting Fee** | Monthly Hosting Fee | 42.6 | $12.00 | $511.20 |
| 3. | | **Project Management** | Project Management- Billing Details Attached | 7.5 | $225.00 | $1,687.50 |

| | |
|---|---|
| **Total** | **$2,990.70** |

## Note to customer

All work has been approved, received, inspected & will be paid for in accordance with your terms.

Signature:_____

RGT-00122855-62 PO-00038889

## INVOICE

**Pivot Legal Services**
400 West Capitol Ave Ste 101b
Little Rock, AR 72201

littlerock@pivotlegalservices.com
+1 (501) 376-8000
pivotlegalservices.com



**LEGAL SERVICES**

### Acxiom:Victor Richardson

**Bill to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Ship to**
Victor Richardson
Acxiom
301 E. David Ward Drive
Conway, Arkansas 72032

**Invoice details**

Invoice no.: 15733
Terms: Net 30
Invoice date: 12/31/2024
Due date: 01/30/2025

Rep: BH
Client Reference: Adstra

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Monthly User Fee** | Monthly User Fee | 8 | $99.00 | $792.00 |
| 2. | | **Monthly Hosting Fee** | Monthly Hosting Fee | 42.6 | $12.00 | $511.20 |
| 3. | | **Project Management** | Project Management- Prepared saved search and produced docs per S. DiNardo | 0.75 | $225.00 | $168.75 |

| | |
|---|---|
| **Total** | **$1,471.95** |

**Note to customer**

All work has been approved, received, inspected & will be paid for in accordance with your terms.

Signature:_____