# **EXHIBIT 6**



5 Penn Plaza, 19th Floor
New York, New York 10001
📞 212.835.1521

**AGUILAR | BENTLEY** LLC
www.aguilarbentley.com

171 East Ridgewood Ave, Ste. 201
Ridgewood, New Jersey 07450
📞 212.835.1521

March 31, 2025

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:     *Adstra, LLC v. Kinesso, LLC et al.*
        Docket No. 25-512

Dear Ms. Wolfe,

Pursuant to the Court's Local Rule 31.2(a)(1)(A), Appellant Adstra, LLC respectfully requests a deadline of June 17, 2025, to file its brief on this appeal.


Respectfully submitted,

*Anna Aguilar*

Anna Aguilar